| UNITED STATES DISTRICT COURT | DISTRICT OF NEW JERSEY |
|---|---|
| Andrew Ritz, et al.<br>　　　　Plaintiffs,<br>v.<br>Nissan-Infiniti LT, et al.<br>　　　　Defendants, | Court File Number<br>3:20-cv-13509<br><br>**AFFIDAVIT OF SERVICE** |

State of Delaware   ) SS
County of New Castle )

I, Denorris Brit, state that on Thursday, October 1, 2020 at 1:15 PM I served the ECF 1 - Complaint in a Civil Action; ECF 1-1 - Civil Cover Sheet; ECF 1-2 - Proposed Summons, Equifax Information Services, LLC; ECF 1-3 - Proposed Summons, Experian Information Solutions, Inc.; ECF 1-4 - Proposed Summons, Nissan-Infiniti LT; ECF 1-5 - Proposed Summons, Trans Union, LLC; ECF 2 - Summons Issued upon Nissan-Infiniti LT, therein named, personally at Wilmington Trust, Suite 1300, 1100 North Market Street, Wilmington, DE 19801, by handing to and leaving with DORIAN BUTCHER, Service of Process Specialist at Wilmington Trust, the Registered Agent for Nissan-Infiniti LT, expressly authorized to accept service of process for same, a true and correct copy thereof.

I declare under penalty of perjury that this information is true.

Dated: 10/01/2020

Denorris Brit

---

\* Service was completed by an independent contractor retained by Metro Legal Services, Inc.



Serial # BERMO 244040 1205

Re: 3:20-cv-13509-FLW



legal support specialists since 1969

330 2nd Avenue South, Suite 150
Minneapolis, MN 55401
(800) 488-8994
www.metrolegal.com

-1-