William R. Brown, Esq.   (WB5139)
Schuckit & Associates, P.C.
4545 Northwestern Drive
Zionsville, IN  46077
Telephone:  (317) 363-2400
Fax:  (317) 363-2257
E-Mail:  wbrown@schuckitlaw.com

*Counsel for Trans Union, LLC*

### UNITED STATES DISTRICT COURT
### DISTRICT OF NEW JERSEY (TRENTON)

| | |
|---|---|
| ANDREW RITZ and MICHAEL RITZ,<br>          Plaintiffs, | CASE NO.:  3:20-cv-13509-FLW-DEA |
| vs. | |
| NISSAN-INFINITI LT; TRANS UNION, LLC;<br>EQUIFAX INFORMATION SERVICES, LLC;<br>and EXPERIAN INFORMATION SOLUTIONS, INC.;<br>          Defendants. | |

### APPEARANCE

To the Clerk of this Court and all parties of record:

    Please enter my appearance as counsel in this case for Defendant Trans Union, LLC.

Date:  October 9, 2020                      Respectfully submitted,

                                                        *s/William R. Brown*
                                                        William R. Brown, Esq.   (WB5139)
                                                        Schuckit & Associates, P.C.
                                                        4545 Northwestern Drive
                                                        Zionsville, IN  46077
                                                        Telephone:  (317) 363-2400
                                                        Fax:  (317) 363-2257
                                                        E-Mail:  wbrown@schuckitlaw.com

                                                        *Counsel for Defendant Trans Union, LLC*

## **CERTIFICATE OF SERVICE**

The undersigned hereby certifies that a copy of the foregoing has been filed electronically on the **9th day of October, 2020**. Notice of this filing will be sent to the following parties by operation of the Court's electronic filing system. Parties may access this filing through the Court's electronic filing.

| Jacob M. Polakoff, Esq. jpolakoff@bm.net | |

The undersigned further certifies that a true copy of the foregoing was served on the following parties via First Class, U.S. Mail, postage prepaid, on the **9th day of October, 2020**, properly addressed as follows:

| None. | |

*/s/ William R. Brown*
William R. Brown, Esq.  (WB5139)
Schuckit & Associates, P.C.
4545 Northwestern Drive
Zionsville, IN  46077
Telephone:  (317) 363-2400
Fax:  (317) 363-2257
E-Mail:  wbrown@schuckitlaw.com

*Counsel for Defendant Trans Union, LLC*