William R. Brown, Esq.   (WB5139)
Schuckit & Associates, P.C.
4545 Northwestern Drive
Zionsville, IN  46077
Telephone:  (317) 363-2400
Fax:  (317) 363-2257
E-Mail:  wbrown@schuckitlaw.com

*Counsel for Trans Union, LLC*

**UNITED STATES DISTRICT COURT**
**DISTRICT OF NEW JERSEY (TRENTON)**

| | |
|---|---|
| ANDREW RITZ and MICHAEL RITZ,<br>           Plaintiffs, | CASE NO.:  3:20-cv-13509-FLW-DEA |
| vs. | |
| NISSAN-INFINITI LT; TRANS UNION, LLC;<br>EQUIFAX INFORMATION SERVICES, LLC;<br>and EXPERIAN INFORMATION SOLUTIONS, INC.;<br>           Defendants. | |

**DISCLOSURE STATEMENT**

The undersigned counsel for   __Defendant Trans Union LLC__   , certifies that this party is a non-governmental corporate party and that:

☒    This party's parent corporation, and all publicly held corporations owning 10% or more of this party's stock, are listed below:

TransUnion LLC discloses that the following parent corporations and publicly held companies own 10% or more of its stock: Trans Union LLC is a wholly owned subsidiary of TransUnion Intermediate Holdings, Inc.  TransUnion Intermediate Holdings, Inc. is wholly owned by TransUnion. TransUnion is a publicly traded entity with the ticker symbol TRU.  Investment funds affiliated with T. Rowe Price Group, Inc., a publicly-traded entity with the ticker symbol TROW, own more than 10 percent of TransUnion's stock.

# OR

☐   This party does not have a parent corporation, nor is there any publicly held corporation that owns 10% or more of this party's stock.

| | |
|---|---|
| *s/ William R. Brown* | Schuckit & Associates, P.C. |
| Signature of Attorney | Name of Firm |
| | |
| William R. Brown | 4545 Northwestern Drive |
| Print Name | Address |
| | |
| October 9, 2020 | Zionsville, IN  46077 |
| Date | City/State/ZIP Code |

## CERTIFICATE OF SERVICE

The undersigned hereby certifies that a copy of the foregoing has been filed electronically on the **9th day of October, 2020**.  Notice of this filing will be sent to the following parties by operation of the Court's electronic filing system.  Parties may access this filing through the Court's electronic filing.

| Jacob M. Polakoff, Esq. jpolakoff@bm.net | |
|---|---|

The undersigned further certifies that a true copy of the foregoing was served on the following parties via First Class, U.S. Mail, postage prepaid, on the **9th day of October, 2020**, properly addressed as follows:

| None. | |
|---|---|

/s/ William R. Brown
William R. Brown, Esq.   (WB5139)
Schuckit & Associates, P.C.
4545 Northwestern Drive
Zionsville, IN  46077
Telephone:  (317) 363-2400
Fax:  (317) 363-2257
E-Mail:  wbrown@schuckitlaw.com

*Counsel for Defendant Trans Union, LLC*