**PRICE, MEESE, SHULMAN & D'ARMINIO, PC**
50 Tice Boulevard
Woodcliff Lake, NJ  07677
Phone: 201-391-3737
Email: dkowal@pricemeese.com
*Counsel for Defendant*
*Experian Information Solutions, Inc*

# IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF NEW JERSEY

| | |
|---|---|
| ANDREW RITZ and MICHAEL RITZ, <br><br> Plaintiffs, <br><br> vs. <br><br> NISSAN-INFINITY LT; TRANSUNION LLC, EQUIFAX INFORMATION SERVICES, LLC, and EXPERIAN INFORMATION SOLUTIONS, INC., <br><br> Defendants | Civil No. 20-cv-13509 <br><br> **NOTICE OF APPEARANCE** |

PLEASE TAKE NOTICE that Dorothy A. Kowal, of the law firm of Price, Meese, Shulman & D'Arminio, P.C., is hereby appearing as counsel on behalf of Defendant Experian Information Solutions, Inc. in the above-captioned matter.

                                        Respectfully submitted,
                                        PRICE, MEESE, SHULMAN & D'ARMINIO, PC

By:    */s/Dorothy A. Kowal*
          Dorothy A. Kowal
          50 Tice Boulevard
          Woodcliff Lake, NJ 07677
          201-391-3737
          dkowal@pricemeese.com

          *Counsel for Defendant*
Dated: 10/21/2020         *Experian Information Solutions, Inc.*