**PRICE, MEESE, SHULMAN & D'ARMINIO, PC**
50 Tice Boulevard
Woodcliff Lake, NJ  07677
Phone: 201-391-3737
Email: dkowal@pricemeese.com
*Counsel for Defendant*
*Experian Information Solutions, Inc*

### IN THE UNITED STATES DISTRICT COURT
### FOR THE DISTRICT OF NEW JERSEY

| | |
|---|---|
| ANDREW RITZ and MICHAEL RITZ,<br><br>Plaintiffs,<br><br>vs.<br><br>NISSAN-INFINITY LT; TRANSUNION LLC, EQUIFAX INFORMATION SERVICES, LLC, and EXPERIAN INFORMATION SOLUTIONS, INC.,<br><br>Defendants | Civil No. 20-cv-13509 |

**DEFENDANT EXPERIAN INFORMATION SOLUTIONS, INC.'S**
**CORPORATE DISCLOSURE STATEMENT**

The undersigned, counsel of record for Experian Information Solutions, Inc.("Experian"), hereby certifies pursuant to Fed. R. Civ. P. 7.1 that the following listed parties have a direct, pecuniary interest in the outcome of this case.  This certification is made to enable the Court to evaluate possible disqualification or recusal:

1. Parent Companies:  The ultimate parent company of Experian is Experian plc.

2. Subsidiaries Not Wholly Owned:  The following companies are the US-based subsidiaries of Experian plc that are not wholly owned:

    (a)    Central Source LLC

    (b)    Online Data Exchange LLC

    (c)    New Management Services LLC

    (d)    VantageScore Solutions LLC

    (e)    Opt-Out Services LLC

3. Publicly Held Companies:  Experian plc owns 100 percent of Experian.  Experian plc is registered as a public company in Jersey, Channel Islands, and is publicly traded on the London Stock Exchange.

Dated:  October 21, 2020

Respectfully submitted,

*/s/ Dorothy A. Kowal*
Dorothy A. Kowal, Esq.
Price, Meese, Shulman & D'Arminio, P.C.
50 Tice Boulevard
Woodcliff Lake, NJ 07677
Telephone: (201) 391-3737
Fax: (201) 391-9360
E-Mail: dkowal@pricemeese.com

Attorneys for Defendant
EXPERIAN INFORMATION
SOLUTIONS, INC.