# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF NEW JERSEY

| | |
|---|---|
| ANDREW RITZ and MICHAEL RITZ,<br><br>Plaintiffs,<br><br>vs.<br><br>NISSAN-INFINITY LT; TRANSUNION LLC, EQUIFAX INFORMATION SERVICES, LLC, and EXPERIAN INFORMATION SOLUTIONS, INC.,<br><br>Defendants | Civil No. 20-cv-13509<br><br><br><br>**STIPULATION AND ORDER EXTENDING TIME FOR EXPERIAN INFORMATION SOLUTIONS INC. TO ANSWER OR OTHERWISE RESPOND** |

IT IS hereby stipulated and agreed by and between counsel for Plaintiffs and counsel for Defendant Experian Information Solutions, Inc., that Defendant Experian's time to answer, move or otherwise respond to the Complaint in this action be extended 30 days, from October 26, 2020 to November 25, 2020. No previous extension has been requested.

Dated: 10/21/2020

| | |
|---|---|
| */s/Jacob M. Polakoff* | */s/ Dorothy A. Kowal* |
| Jacob M. Polakoff, Bar No. 035832006 | Dorothy A. Kowal |
| **BERGER MONTAGUE PC** | **PRICE, MEESE, SHULMAN & D'ARMINIO, PC** |
| 1818 Market St, Suite 3600 | 50 Tice Boulevard |
| Philadelphia, PA 19103 | Woodcliff Lake, NJ  07677 |
| Phone: 215-875-3000 | Phone: 201-391-3737 |
| Email: jpolakoff@bm.net | Email: dkowal@pricemeese.com |
| *Counsel for Plaintiffs* | *Counsel for Defendant Experian Information Solutions, Inc.* |

SO ORDERED:

_____
Hon. Douglas E. Arpert U.S.M.J.