UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEW JERSEY

| | |
|---|---|
| ANDREW RITZ AND MICHAEL RITZ,<br><br>　　　　　Plaintiffs,<br>v.<br><br>NISSAN-INFINITI LT, TRANS UNION, LLC, EQUIFAX INFORMATION SERVICES AND EXPERIAN INFORMATION SOLUTIONS, INC.,<br><br>　　　　　Defendants. | Civil Action No. 3:20-cv-13509 |

## DISCLOSURE STATEMENT

The undersigned counsel for NISSAN MOTOR ACCEPTANCE CORPORATION (improperly pleaded as Nissan-Infiniti LT), certifies that this party is a non-governmental corporate party and that:

This party's parent corporation, and all publicly held corporations owning 10% or more of this party's stock, are listed here:

　　1.　　Nissan North America, Inc.

Dated:　　October 23, 2020

　　　　　　　　　　　　　　　　　　　　/s/　Thomas J. Sateary
　　　　　　　　　　　　　　　　　　　　Thomas J. Sateary, Esq.
　　　　　　　　　　　　　　　　　　　　Lindabury, McCormick, Estabrook, & Cooper, P.C.
　　　　　　　　　　　　　　　　　　　　53 Cardinal Drive
　　　　　　　　　　　　　　　　　　　　Westfield, New Jersey 07091
　　　　　　　　　　　　　　　　　　　　Phone: (908) 233-6800
　　　　　　　　　　　　　　　　　　　　Fax:　　(908) 233-5078
　　　　　　　　　　　　　　　　　　　　Email: tsateary@lindabury.com
　　　　　　　　　　　　　　　　　　　　*Counsel for Defendant Nissan Motor Acceptance*

3208988v1

- 2 -

## CERTIFICATE OF SERVICE

I hereby certify that on October 23, 2020, the foregoing **DISCLOSURE STATEMENT** was served on the following counsel by electronic filing and U.S. mail:

>Jacob M. Polakoff, Esq.
>Berger Montague PC
>1818 Market Street, Suite 1300
>Philadelphia, PA  19103
>Attorney for Plaintiff
>jpolakoff@bm.net

/s/ *Thomas J. Sateary*
Thomas J. Sateary, Esq.