Alnisa Bell
SEYFARTH SHAW LLP
620 Eighth Avenue
New York, New York  10018
(212) 218-5500
Attorney for Defendant
EQUIFAX INFORMATION SERVICES LLC

**UNITED STATES DISTRICT COURT**
**DISTRICT OF NEW JERSEY**

| | |
|---|---|
| ANDREW RITZ AND MICHAEL RITZ,<br><br>       Plaintiff,<br><br>  v.<br><br>NISSAN-INFINITI LT; TRANS UNION, LLC; EQUIFAX INFORMATION SERVICES LLC; and EXPERIAN INFORMATION SOLUTIONS, INC.,<br><br>       Defendants. | Civil Action No.:<br><br>3:20-cv-13509-FLW-DEA<br><br>**<u>EQUIFAX INFORMATION SERVICES LLC'S CORPORATE DISCLOSURES</u>** |

In accordance with Federal Rule of Civil Procedure 7.1, Defendant Equifax Information Services LLC submit the following Corporate Disclosure Statement:

Equifax Information Services LLC is a wholly owned subsidiary of Equifax Inc. Equifax Inc., which is publicly traded as EFX on the New York Stock Exchange, is the sole parent of Equifax Information Services LLC.  No other entity owns 10% or more of Equifax Information Services LLC's stock.

DATED:  October 23, 2020             Respectfully submitted,

                                                                             **SEYFARTH SHAW LLP**

                                                           By:*/s/ Alnisa Bell*
                                                                Alnisa Bell, Esq.

                                                           *Attorneys for Defendant*
                                                           *Equifax Information Services LLC*

Alnisa Bell
SEYFARTH SHAW LLP
620 Eighth Avenue
New York, New York  10018
(212) 218-5500
Attorney for Defendant
EQUIFAX INFORMATION SERVICES LLC

**UNITED STATES DISTRICT COURT**
**DISTRICT OF NEW JERSEY**

| | |
|---|---|
| ANDREW RITZ AND MICHAEL RITZ,<br><br>      Plaintiff,<br><br>  v.<br><br>NISSAN-INFINITI LT; TRANS UNION, LLC; EQUIFAX INFORMATION SERVICES LLC; and EXPERIAN INFORMATION SOLUTIONS, INC.,<br><br>      Defendant. | Civil Action No.:<br><br>3:20-cv-13509-FLW-DEA<br><br>**CERTIFICATE OF SERVICE** |

The undersigned hereby certifies that the foregoing was electronically served upon all counsel of record by filing the foregoing via the Court's ECF system.


                                        */s/ Alnisa Bell*
                                        Alnisa Bell, Esq.
                                        Attorney for Defendant
                                        Equifax Information Services LLC