Alnisa Bell
SEYFARTH SHAW LLP
620 Eighth Avenue
New York, New York  10018
(212) 218-5500
Attorney for Defendant
EQUIFAX INFORMATION SERVICES LLC

**UNITED STATES DISTRICT COURT**
**DISTRICT OF NEW JERSEY**

| | |
|---|---|
| ANDREW RITZ AND MICHAEL RITZ,<br><br>   Plaintiff,<br><br> v.<br><br>NISSAN-INFINITI LT; TRANS UNION, LLC; EQUIFAX INFORMATION SERVICES LLC; and EXPERIAN INFORMATION SOLUTIONS, INC.,<br><br>   Defendants. | Civil Action No.:<br><br>3:20-cv-13509-FLW-DEA<br><br>**[ORDER GRANTING DEFENDANT'S UNOPPOSED MOTION FOR EXTENSION OF TIME TO ANSWER OR OTHERWISE PLEAD** |

This matter having come before the Court by Defendant Equifax Information Services LLC, for an order allowing an extension of time to answer or otherwise respond to Plaintiff's Complaint; and the Court having considered this matter, and for good cause shown:

IT IS ORDERED that Equifax's motion be granted and that the deadline for Equifax to answer or otherwise respond to Plaintiff's Complaint is extended through and including December 10, 2020.

Dated this 26th day of   October   , 2020.

               s/ Douglas E. Arpert
           Honorable Douglas E. Arpert
           United States Magistrate Judge

-terminates ECF No. 17