PRICE, MEESE, SHULMAN & D'ARMINIO, P.C.
50 Tice Boulevard
Woodcliff Lake, NJ 07677
Ph: (201) 391-3737
*Attorney for Defendant Experian Information Solutions, Inc.*

## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF NEW JERSEY

| | |
|---|---|
| ANDREW RITZ and MICHAEL RITZ,<br><br>       Plaintiffs,<br><br>vs.<br><br>NISSAN-INFINITY LT; TRANSUNION LLC, EQUIFAX INFORMATION SERVICES, LLC, and EXPERIAN INFORMATION SOLUTIONS, INC.,<br><br>       Defendants | Civil No. 20-cv-13509<br><br>**CONSENT ORDER GRANTING THE ADMISSION *PRO HAC VICE* OF CHRISTOPHER J. LOPATA** |

**THIS MATTER** having been brought before the Court upon consent of the parties, by Defendant Experian Information Solutions, Inc. ("Experian"), seeking permission for the admission of Christopher J. Lopata, *pro hac vice* in the within case pursuant to Local Civil Rule 101.1(c); and for good cause shown;

**IT IS** on this 27th day of October, 2020 **ORDERED**:

**ORDERED** that Defendant's application for an Order granting Christopher J. Lopata admission *pro hac vice* in this matter shall be and hereby is granted; and

**IT IS FURTHER ORDERED** that Christopher J. Lopata, of the firm Jones Day, is hereby granted admission *pro hac vice* for the purpose of appearing in this matter pursuant to Local Civil Rule 101.1(c); and

**IT IS FURTHER ORDERED** that Christopher J. Lopata is hereby required to abide by the Rules of Disciplinary Enforcement and the Local Civil Rules of the District of New Jersey; and

**IT IS FURTHER ORDERED** that Christopher J. Lopata shall notify the Court immediately of any matter affecting her standing at the bar of any other court; and

**IT IS FURTHER ORDERED** that all pleadings, briefs and other papers filed with the Court shall be signed by Dorothy A. Kowal, Esq., said attorney being authorized to practice in the United States District Court for the District of New Jersey, who shall be held responsible for and for the conduct of the matter and of Christopher J. Lopata; and

**IT IS FURTHER ORDERED** that pursuant to Local Civil Rule 101.1(c)(2), a copy of this Order shall be forwarded to the Treasurer of the New Jersey Lawyers' Fund for Client Protection.  Christopher J. Lopata shall make payment, or cause payment to be made, to the New Jersey Lawyers' Fund for Client Protection as provided in New Jersey Court Rule 1:28-2(a) within 30 days of the entry of this order for this calendar year (if such payment for this year has not already been made) and shall continue to make payment, or cause payment to be made, for each calendar year in which they continue to represent any Defendant before this Court; and

**IT IS FURTHER ORDERED** that pursuant to Local Civil Rule 101.1(c)(3), Christopher J. Lopata, shall make payment of $150.00, or cause payment of $150.00 to be made, to the Clerk of the United States District Court for the District of New Jersey.

*s/Douglas E. Arpert*
Hon. Douglas E. Arpert, U.S.M.J.