PRICE MEESE SHULMAN & D'ARMINIO, P.C.
50 Tice Boulevard
Woodcliff Lake, NJ 07677
(201) 391-3737
dkowal@pricemeese.com
*Counsel for Defendant*
*Experian Information Solutions, Inc.*

## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF NEW JERSEY

| ANDREW RITZ and MICHAEL RITZ,<br><br>Plaintiffs,<br><br>vs.<br><br>NISSAN-INFINITY LT; TRANSUNION LLC, EQUIFAX INFORMATION SERVICES, LLC, and EXPERIAN INFORMATION SOLUTIONS, INC.,<br><br>**Defendants** | Civil No. 20-cv-13509<br><br><br><br>**REQUEST BY LOCAL COUNSEL FOR PRO HAC VICE ATTORNEY TO RECEIVE ELECTRONIC NOTIFICATION** |
|---|---|

Request is hereby made by local counsel for *pro hac vice* counsel to receive electronic notification in the within matter, and it is represented that:

1. An order of the Court granting a motion to appear *pro hac vice* in the within matter has been entered; and

2. If admission was granted after March 22, 2005, the Admission Fee, in the amount of $150, pursuant to L.Civ.R. 101.1(c)(3), has been paid to the Clerk of the Court.
.

        /s/ Dorothy A. Kowal
        Dorothy A. Kowal
        PRICE, MEESE, SHULMAN & D'ARMINIO, PC
        50 Tice Boulevard
        Woodcliff Lake, NJ 07677
        A*ttorneys for Defendant Experian Information Solutions, Inc*.

PRO HAC VICE ATTORNEY INFORMATION:

Chris J. Lopata
JONES DAY
250 Vesey Street
New York, NY 10281-1047
cjlopata@jonesday.com
And adding:   NYDocket@jonesday.com


Dated: November 11, 2020