William R. Brown, Esq.   (WB5139)
Schuckit & Associates, P.C.
4545 Northwestern Drive
Zionsville, IN  46077
Telephone:  (317) 363-2400
Fax:  (317) 363-2257
E-Mail:  wbrown@schuckitlaw.com

*Counsel for Trans Union, LLC*

# UNITED STATES DISTRICT COURT
# DISTRICT OF NEW JERSEY (TRENTON)

| | |
|---|---|
| ANDREW RITZ and MICHAEL RITZ,<br>　　　　Plaintiffs,<br><br>　　vs.<br><br>NISSAN-INFINITI LT; TRANS UNION, LLC;<br>EQUIFAX INFORMATION SERVICES, LLC;<br>and EXPERIAN INFORMATION SOLUTIONS, INC.;<br>　　　　Defendants. | CASE NO.:  3:20-cv-13509-FLW-DEA |

# CONSENT ORDER

Pursuant to Local Rule 101.1 of the Local Rules of Civil Procedure of the United States District Court for the District of New Jersey, Attorney William R. Brown, a member of the bar of this Court, hereby moves that Attorney Katherine E. Carlton Robinson be admitted *pro hac vice* to act as counsel for defendant Trans Union, LLC in the above-captioned matter and in support thereof, states as follows:

Katherine E. Carlton Robinson is an attorney with the law firm of Schuckit & Associates, P.C., 4545 Northwestern Drive, Zionsville, Indiana  46077; Telephone: (317) 363-2400; Fax: (317) 363-2257; E-Mail: krobinson@schuckitlaw.com.

Katherine E. Carlton Robinson is admitted and is a member in good standing of the following courts:

- Indiana State Bar; Admitted 05/20/2014; Bar No.: 31694-49; Roll of Attorneys, 402 West Washington Street, Room W062, Indianapolis, IN  46204
- United States District Court for the Northern District of Illinois; Admitted 04/06/2018; 219 South Dearborn Street, Chicago, IL  60604
- United States District Court for the Southern District of Indiana; Admitted 05/20/2014; 46 East Ohio Street, Indianapolis, IN  46024
- United States District Court for the Northern District of Indiana; Admitted 05/20/2014; 204 South Main Street, South Bend, IN  46601
- U.S. District Court for the Eastern District of Michigan; Admitted 06/25/2014; 231 W. Lafayette Boulevard, Detroit, MI  48226
- U.S. District Court for the Western District of New York; Admitted 12/02/2016; 2 Niagara Square, Buffalo, NY  14202
- U.S. District Court, District of North Dakota; Admitted 04/23/2019; P.O. Box 1193, Bismarck, ND  58502-1193
- U.S. District Court for the Northern District of Ohio; Admitted 03/20/2015; Attorney Admissions, 801 W. Superior Avenue, Cleveland, OH  44113-1830
- U.S. District Court for the Eastern District of Wisconsin; Admitted 09/05/2018; 517 East Wisconsin Avenue, Room 362, Milwaukee, WI  53202
- U.S. Court of Appeals, 4th Circuit – Admitted 07/13/2018; 1100 E. Main Street, Suite 501, Richmond, VA  23219-3517
- U.S. Court of Appeals, 6th Circuit – Admitted 10/02/2020; 100 East Fifth Street, Cincinnati, OH  45202

Katherine E. Carlton Robinson has represented that she has not been denied admission or disciplined by any court.  An affidavit of Katherine E. Carlton Robinson is attached hereto as required by Local Rule 101.1.

All counsel have been contacted and there are no objections to this Motion.

IT IS HEREBY ORDERED that Katherine E. Carlton Robinson is hereby admitted *pro hac vice*.  Katherine E. Carlton Robinson has paid the required fee to the New Jersey Lawyers' Fund for Client Protection as provided by New Jersey Court Rule 1:28-2(a).  Katherine E. Carlton Robinson shall pay to the clerk of this court the fee of $150.00 for this admission.

Date:  11/18/2020                    s/Douglas E. Arpert
                                     United States Magistrate Judge

| | |
|---|---|
| Jacob M. Polakoff, Esq. <br> jpolakoff@bm.net | Christopher J. Lopata, Esq. <br> cjlopata@jonesday.com |
| Dorothy A. Kowal, Esq. <br> dkowal@pricemeese.com | William R. Brown, Esq. <br> wbrown@schuckitlaw.com |