UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEW JERSEY

| | |
|---|---|
| Andrew Ritz, *et al.*,<br><br>        Plaintiffs,<br><br>    v.<br><br>Nissan-Infiniti LT, *et al.*,<br><br>        Defendants. | Case No. 3:20-cv-13509-FLW-DEA |

## STIPULATION OF DISMISSAL WITH PREJUDICE
## AS TO TRANS UNION, LLC

Plaintiffs Andrew Ritz and Michael Ritz ("Plaintiffs") and Defendant Trans Union, LLC ("Equifax") stipulate and agree that, pursuant to Rule 41 of the Federal Rules of Civil Procedure, Plaintiffs' action against Trans Union should be dismissed with prejudice, with each side to bear its own costs and attorneys' fees.

Dated: May 3, 2021

Respectfully submitted by,

| | |
|---|---|
| */s/ Jacob M. Palakoff*<br>Jacob M. Polakoff, Bar No. 035832006<br>BERGER MONTAGUE PC<br>1818 Market Street, Suite 3600<br>Philadelphia, PA 19103<br>Tel.: (215) 875-3000<br>Fax: (215) 875-4604<br>Email: jpolakoff@bm.net<br><br>*Counsel for Plaintiffs Andrew Ritz*<br>*and Michael Ritz* | */s/ Katherine Carlton Robinson*<br>Katherine Carlton Robinson, Esq.<br>SCHUCKIT & ASSOCIATES, P.C.<br>4545 Northwestern Drive<br>Zionsville, IN  46077<br>Telephone:  (317) 363-2400, Ext. 132<br>Facsimile:  (317) 363-2257<br>E-mail:  krobinson@schuckitlaw.com<br><br>*Counsel for Trans Union, LLC* |

_____
United States District Judge    5/26/2021