UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEW JERSEY

| | |
|---|---|
| Andrew Ritz, *et al.*,<br><br>       Plaintiffs,<br><br>  v.<br><br>Nissan-Infiniti LT, *et al.*,<br><br>       Defendants. | Case No. 3:20-cv-13509-FLW-DEA |

**STIPULATION OF DISMISSAL WITH PREJUDICE
AS TO EXPERIAN INFORMATION SOLUTIONS, INC.**

Plaintiffs Andrew Ritz and Michael Ritz ("Plaintiffs") and Defendant Experian Information Solutions, Inc. ("Experian") stipulate and agree that, pursuant to Rule 41 of the Federal Rules of Civil Procedure, Plaintiffs' action against Experian should be dismissed with prejudice, with each side to bear its own costs and attorneys' fees.

Dated: May 3, 2021

Respectfully submitted by,

*/s/ Jacob M. Palakoff*
Jacob M. Polakoff, Bar No. 035832006
BERGER MONTAGUE PC
1818 Market Street, Suite 3600
Philadelphia, PA 19103
Tel.: (215) 875-3000
Fax: (215) 875-4604
Email: jpolakoff@bm.net

*Counsel for Plaintiffs Andrew Ritz
and.Michael Ritz*

*/s/ Dorothy A. Kowal, Esq.*
Dorothy A. Kowal, Esq.
PRICE, MEESE, SHULMAN & D'ARMINIO, PC
50 Tice Boulevard
Woodcliff Lake, NJ 07677
Telephone: (201) 391-3737
Fax: (201) 391-19360
Email: dkowal@pricemeese.com

*Experian Information Solutions, Inc*

_____
United States District Judge   5/26/2021