

CENTO

*order*

June 14, 2022

Magistrate Judge Douglas E. Arpert
District of New Jersey

Case:     *Ritz et al v. Equifax Information Services, LLC et al*
          Case No. 3:20-cv-13509-FLW-DEA
                                      GC

Subject:  **Joint Letter to Extend Summary Judgment
          Briefing Schedule**

Dear Magistrate Arpert:

Plaintiffs and Nissan hereby jointly request that the Court extend the current summary judgment briefing schedule[1] by thirty (30) days to allow the parties to continue pursing settlement through their ongoing mediation.

The parties began a private mediation on June 2, 2022. Although the parties did not settle on that day, the parties agreed to reconvene their mediation on June 14, 2022 and possibly thereafter. In order to allow both parties to maintain their respective settlement positions without incurring additional time and expense, the parties agreed to request this extension of the upcoming summary judgment briefing deadlines.

The current briefing deadlines and the requested extended deadlines are as follows:

---

[1] *See* Doc. 63.

G Cento | Cento Law | 5666 Carrollton Avenue, Indianapolis, IN 46220 | (317) 908-0678 | cento@centolaw.com       1


CENTO

| | | |
|---|---|---|
| Plaintiffs' motion for summary judgment | 06/30/2022 | 07/30/2022 |
| Nissan's cross-motion for summary judgment and opposition to Plaintiffs' motion for summary judgment | 08/01/2022 | 08/31/2022 |
| Plaintiffs' opposition to Nissan's cross-motion for summary judgment and in reply to Nissan's opposition to Plaintiffs' motion for summary judgment | 08/31/2022 | 09/30/2022 |
| Nissan's reply to Plaintiffs' opposition to Nissan's cross-motion for summary judgment | 09/15/2022 | 10/15/2022 |

We thank your honor for his consideration.

Respectfully submitted,

/s/Guerino Cento
Guerino Cento

/s/Steven Fox
Steven Fox

*In order to facilitate the parties' mediation efforts and requested briefing schedule, the Clerk shall terminate this action from the Court's active docket pending completion of the briefing of the parties' motions. So Ordered—*

*[signature]*

G Cento | Cento Law | 5666 Carrollton Avenue, Indianapolis, IN 46220 | (317) 908-0678 | cento@centolaw.com.   2