**LINDABURY, MCCORMICK, ESTABROOK & COOPER**
53 Cardinal Drive
P.O. Box 2369
Westfield, N.J. 07091
(908) 233-6800
**Attorneys For Defendant Nissan Motor Acceptance Corporation**
SLF-0274

## UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF NEW JERSEY

| | |
|---|---|
| **ANDREW RITZ AND MICHAEL RITZ,** | Case No. 3:20-cv-13509 |
| Plaintiffs, | |
| v. | **NOTICE OF MOTION FOR SUMMARY JUDGMENT IN FAVOR OF DEFENDANT NISSAN MOTOR ACCEPTANCE CORPORATION.** |
| **NISSAN-INFINITI LT; TRANS UNION, LLC; EQUIFAX INFORMATION SERVICES. LLC;** and **EXPERIAN INFORMATION SOLUTIONS, INC.** | |
| Defendants | |

TO:   Guerino Cento, Esq.
       Cento Law
       5666 Carrollton Avenue
       Indianapolis, IN 46220
       *Attorney for Plaintiffs*

S I R:

**PLEASE TAKE NOTICE** that on October 3, 2022, or as otherwise scheduled by the Court, the undersigned attorneys for the Defendant, Nissan Motor Acceptance Corporation improperly plead as Nissan-Infiniti LT, shall move before the Hon. Georgette Castner at the Clarkson S. Fisher Building and U.S. Courthouse, 402 East State Street, Trenton, New Jersey, for an Order pursuant to Fed.R.Civ. Pro. 56 for Summary Judgment in favor of Defendant, Nissan Motor Acceptance Corporation, and against Plaintiffs Andrew Ritz and Michael Ritz for dismissal

of the Complaint with prejudice filed in this matter.

**PLEASE TAKE FURTHER NOTICE** that in support of this motion the Defendant Nissan Motor Acceptance Corporation shall rely upon the pleadings in this matter; the accompanying Statement of Undisputed Material Facts; Brief in Support of Defendant's Motion for Summary Judgment; and Certification of Steven L. Fox, Esq.

**PLEASE TAKE FURTHER NOTICE** that a proposed form of Order accompanies this Motion.

                                        LINDABURY, McCORMICK ESTABROOK & COOPER
                                        Attorneys for Defendant, Nissan Motor Acceptance Corporation

                                        Steven L. Fox, Esq.

DATED: August 31, 2022

**CERTIFICATION OF FILING AND SERVICE**

I hereby certify that on this date the within Notice of Motion, Statement of Undisputed Material Facts, Brief in support of Motion, Certifications of Steven L. Fox, Esq., and proposed form of Order have been e-filing with the Motions Clerk, United States District Court, District of New Jersey, and that a courtesy copy has been forwarded directly to the Hon. Georgette Castner, U.S.D.J. at the United States District Court, District of New Jersey, Clarkson S. Fisher Building and U.S. Courthouse, 402 East State Street, Trenton, New Jersey.

I further certify that on this date a true copy of the within Motion and supporting documents have been forwarded electronically to:

> Guerino Cento, Esq.
> Cento Law
> 5666 Carrollton Avenue
> Indianapolis, IN 46220

*Jessica Competello*

Dated:   August 31, 2022