**LINDABURY, MCCORMICK, ESTABROOK & COOPER**
**53 Cardinal Drive**
**P.O. Box 2369**
**Westfield, N.J. 07091**
**(908) 233-6800**
**Attorneys For Defendant Nissan Motor Acceptance Corporation**
**SLF-0274**

### UNITED STATES DISTRICT COURT
### FOR THE DISTRICT OF NEW JERSEY

| | |
|---|---|
| **ANDREW RITZ AND MICHAEL RITZ,** : | |
| : | **Case No. 3:20-cv-13509** |
| **Plaintiffs,** : | |
| : | |
| **v.** : | |
| : | **ORDER FOR SUMMARY** |
| **NISSAN-INFINITI LT; TRANS UNION, LLC;** : | **JUDGMENT IN FAVOR OF** |
| **EQUIFAX INFORMATION SERVICES, LLC;** : | **DEFENDANT NISSAN MOTOR** |
| and **EXPERIAN INFORMATION SOLUTIONS,** : | **ACCEPTANCE CORPORATION** |
| **INC.,** : | |
| : | |
| **Defendants.** : | |

**THIS MATTER** having been opened to the Court by Lindabury, McCormick, Estabrook & Cooper, attorneys for Defendant, Nissan Motor Acceptance Corporation (improperly pled as Nissan-Infinit LT), and in the presence of Cento Law, attorneys for Plaintiffs, for an Order pursuant to Fed.R.Civ.P. 56 granting summary judgment in favor of Defendant, Nissan Motor Acceptance Corporation, and against Plaintiffs Andrew Ritz and Michael Ritz; and the Court having considered the pleadings in this matter; the moving, opposing and reply papers filed, if any; and the oral arguments of counsel, if any; and being of the opinion that the movant is entitled to the relief sought as a matter of law and for good cause otherwise shown;

**IT IS** on this _____ day of _____, 2022

3462126v1

**ORDERED,** that Summary Judgment be and is hereby entered in favor of Defendant, Nissan Motor Acceptance Corporation, and against the Plaintiffs, Andrew Ritz and Michael Ritz, dismissing, with prejudice, the Complaint as against Nissan Motor Acceptance Corporation; and it is further

**ORDERED,** that a true copy of this Order be served upon all counsel of record via electronic case file.

_____

, U.S.D.J.

This motion was

_____ Contested

_____ Uncontested