# LINDABURY
## McCormick, Estabrook & Cooper, P.C.
### Attorneys at Law

Steven L. Fox, Esq., Partner
Certified by the NJ Supreme Court
as a Civil Trial Attorney
Admitted to NJ, NY and DC Bars

Email: sfox@lindabury.com
Telephone: 732-741-7777 ext. 4207

August 31, 2022

***Via Electronic Filing and Lawyers Service***
Hon. Georgette Castner, U.S.D.J.
United States District Court
District of New Jersey
Clarkson S. Fisher Building and US Courthouse
402 East State Street
Trenton, NJ 08608

      Re:    **Andrew Ritz and Michael Ritz vs. Nissan-Infiniti, LT, et al.**
              **Civil Action No. 3:20-cv-13509**

Dear Judge Castner:

    Please be advised that this office represents the Defendant, Nissan Motor Acceptance Corporation (hereinafter referred to as "**NMAC**"), improperly pled as Nissan-Infiniti, LT in the above matter.

    Enclosed herein please find a courtesy copy of the following documents which were electronically filed with the Court:

    1.    Notice of Motion for Summary Judgment in favor of Defendant Nissan Motor Acceptance Corporation;

    2.    Defendant Nissan Motor Acceptance Corporation's Brief in support of its motion for summary judgment;

    3.    Certification of Steven L. Fox, Esq. in support of Defendant Nissan Motor Acceptance Corporation's motion for summary judgment;

    4.    Statement of Undisputed Material Facts submitted by Defendant Nissan Motor Acceptance Corporation's in support of its motion for summary judgment; and

    5.    Proposed form of Order.

Re: Andrew Ritz and Michael Ritz vs. Nissan-Infiniti, LT, et al.
August 31, 2022
Page 2

        I thank Your Honor for your anticipated courtesy and consideration.

                          Respectfully submitted,
                  Lindabury, McCormick, Estabrook & Cooper, P.C.

                                  Steven L. Fox, Esq.

SLF/jc
Encs.
cc:    Guerino Cento, Esq. (*via efiling*)
        Client (via email)