# Exhibit C

**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF NEW JERSEY**

| | |
|---|---|
| Andrew Ritz, et al., ) | |
| ) | |
| Plaintiffs, ) | |
| ) | |
| v. ) | Case No. 3:20-cv-13509-FLW-DEA |
| ) | |
| Nissan-Infiniti LT, et al., ) | |
| ) | |
| Defendants. ) | |
| ) | |

**STIPULATION OF DISMISSAL WITH PREJUDICE**
**AS TO TRANS UNION, LLC**

Plaintiffs Andrew Ritz and Michael Ritz ("Plaintiffs") and Defendant Trans Union, LLC ("Equifax") stipulate and agree that, pursuant to Rule 41 of the Federal Rules of Civil Procedure, Plaintiffs' action against Trans Union should be dismissed with prejudice, with each side to bear its own costs and attorneys' fees.

Dated: May 3, 2021

Respectfully submitted by,

/s/ Jacob M. Palakoff
Jacob M. Palakoff, Bar No. 035832006
BERGER MONTAGUE PC
1818 Market Street, Suite 3600
Philadelphia, PA 19103
Tel.: (215) 875-3000
Fax: (215) 875-4604
Email: jpolakoff@bm.net

Counsel for Plaintiffs Andrew Ritz
and Michael Ritz

/s/ Katherine Carlton Robinson
Katherine Carlton Robinson, Esq.
SCHUCKIT & ASSOCIATES, P.C.
4545 Northwestern Drive
Zionsville, IN 46077
Telephone: (317) 363-2400, Ext. 132
Facsimile: (317) 363-2257
E-mail: krobinson@schuckitlaw.com

Counsel for Trans Union, LLC

1

_____
United States District Judge      5/26/2021

## UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF NEW JERSEY

| | |
|---|---|
| Andrew Ritz, *et al.*, ) | |
| ) | |
| Plaintiffs, ) | |
| ) | |
| v. ) | Case No. 3:20-cv-13509-FLW-DEA |
| ) | |
| Nissan-Infiniti LT, *et al.*, ) | |
| ) | |
| Defendants. ) | |
| ) | |

### STIPULATION OF DISMISSAL WITH PREJUDICE
### AS TO EQUIFAX INFORMATION SERVICES, LLC

Plaintiffs Andrew Ritz and Michael Ritz ("Plaintiffs") and Defendant Equifax Information Services, LLC ("Equifax") stipulate and agree that, pursuant to Rule 41 of the Federal Rules of Civil Procedure, Plaintiffs' action against Equifax should be dismissed with prejudice, with each side to bear its own costs and attorneys' fees.

Dated: May 3, 2021

Respectfully submitted by,

*/s/ Jacob M. Palakoff*
Jacob M. Polakoff, Bar No. 035832006
BERGER MONTAGUE PC
1818 Market Street, Suite 3600
Philadelphia, PA 19103
Tel.: (215) 875-3000
Fax: (215) 875-4604
Email: jpolakoff@bm.net

*Counsel for Plaintiffs Andrew Ritz
and Michael Ritz*

*/s/ James R. Billings-Kang*
James R Billings-Kang
Seyfarth Shaw LLP
975 F Street, N.W.
Washington, DC 20004
Direct: +1-202-828-5356
Mobile: +1-757-870-1137
jbillingskang@seyfarth.com

Counsel for *Equifax Information Services, LLC*

_____
United States District Judge    5/26/2021

## UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF NEW JERSEY

| | |
|---|---|
| Andrew Ritz, et al., | ) |
| | ) |
| Plaintiffs, | ) |
| | ) |
| v. | ) Case No. 3:20-cv-13509-FLW-DEA |
| | ) |
| Nissan-Infiniti LT, et al., | ) |
| | ) |
| Defendants. | ) |
| | ) |

## STIPULATION OF DISMISSAL WITH PREJUDICE
## AS TO EXPERIAN INFORMATION SOLUTIONS, INC.

Plaintiffs Andrew Ritz and Michael Ritz ("Plaintiffs") and Defendant Experian Information Solutions, Inc. ("Experian") stipulate and agree that, pursuant to Rule 41 of the Federal Rules of Civil Procedure, Plaintiffs' action against Experian should be dismissed with prejudice, with each side to bear its own costs and attorneys' fees.

Dated: May 3, 2021

Respectfully submitted by,

/s/ *Jacob M. Palakoff*
Jacob M. Polakoff, Bar No. 035832006
BERGER MONTAGUE PC
1818 Market Street, Suite 3600
Philadelphia, PA 19103
Tel.: (215) 875-3000
Fax: (215) 875-4604
Email: jpolakoff@bm.net

*Counsel for Plaintiffs Andrew Ritz
and Michael Ritz*

/s/ *Dorothy A. Kowal, Esq.*
Dorothy A. Kowal, Esq.
PRICE, MEESE, SHULMAN & D'ARMINIO, PC
50 Tice Boulevard
Woodcliff Lake, NJ 07677
Telephone: (201) 391-3737
Fax: (201) 391-19360
Email: dkowal@pricemeese.com

*Experian Information Solutions, Inc*

_____
United States District Judge    5/26/2021