# Exhibit E



**Nissan-Infiniti LT ®**
P O Box 660360 Dallas Texas 75266-0360
Telephone. (800) 456-6622

April 17, 2019

>00962 2876952 001 008143
ANDREW RITZ
94 HALLS CROFT RD UNIT D
FREEHOLD NJ 077285268

Account: 2500 7889 347
Contract Date: 5/10/2017
Vehicle: 2017 NISSAN SENTRA
VIN: 3N1AB7AP1HY273133

*Lease Maturity Date: 5/9/2019*

Dear ANDREW M RITZ:

We understand that you wish to extend your above-referenced lease for up to an additional three (3) month(s), and Nissan-Infiniti LT ("NILT") is agreeable to allowing such an extension.

Depending on your location, NILT may be required to collect state sales/use tax on any lease payment exceeding the term of your original Motor Vehicle Lease Agreement ("Lease Agreement"). The application of state sales/use taxes, or increases in such taxes, could cause the monthly lease payments to increase under this extension from the amount in your original Lease Agreement. Your total monthly payment, which includes, if applicable, monthly sales/use tax of $11.27, is $181.50. Your personal property tax responsibility under the Lease Agreement will remain during the extension period, and you agree to responsibility for such taxes pursuant to the terms of your Lease Agreement.

You further agree to maintain registration and insurance coverage for the leased vehicle during the extension period. Your vehicle must be returned no later than three (3) month(s) after your above-referenced original scheduled lease maturity date. You may return your vehicle any time during the extension period. Your account must be current at the time of the lease extension and at the time of vehicle return. Additional mileage will be allotted on a pro-rata monthly basis in accordance with the mileage allowance originally agreed to in your Lease Agreement. Your new extension period will end 8/9/2019.

Except as modified in this correspondence, the provisions of your Lease Agreement will continue to govern all terms and conditions of your lease of the vehicle during the extension period.

Please sign in the spaces provided in order to indicate your agreement to the terms of extension reflected in this letter. This letter must be signed by all parties responsible for this account, including any co-lessees and guarantors, and returned to NILT at the following address: Nissan-Infiniti LT, P.O. Box 660695, Dallas, TX 75266-0695.

Yours truly,

Lease Customer Network
Nissan-Infiniti LT
Customer Center Dallas

Agreed: _____  Date: 22 APR 2019
Lessee: ANDREW M RITZ

Agreed: _____  Date: 4/22/19
Co-Lessee: MICHAEL RITZ

For leases owned by Nissan-Infiniti LT, Nissan Motor Acceptance Corporation acts as servicer.

55 E  1-65307477102

April 17, 2019

ANDREW RITZ
94 HALLS CROFT RD UNIT D
FREEHOLD NJ 077285268

Account: 2500 7889 347
Contract Date: 5/10/2017
Vehicle: 2017 NISSAN SENTRA
VIN: 3N1AB7AP1HY273133

*Lease Maturity Date: 5/9/2019*

Dear ANDREW M RITZ:

We understand that you wish to extend your above-referenced lease for up to an additional three (3) month(s), and Nissan-Infiniti LT ("NILT") is agreeable to allowing such an extension.

Depending on your location, NILT may be required to collect state sales/use tax on any lease payment exceeding the term of your original Motor Vehicle Lease Agreement ("Lease Agreement"). The application of state sales/use taxes, or increases in such taxes, could cause the monthly lease payments to increase under this extension from the amount in your original Lease Agreement. Your total monthly payment, which includes, if applicable, monthly sales/use tax of $11.27, is $181.50. Your personal property tax responsibility under the Lease Agreement will remain during the extension period, and you agree to responsibility for such taxes pursuant to the terms of your Lease Agreement.



You further agree to maintain registration and insurance coverage for the leased vehicle during the extension period. Your vehicle must be returned no later than three (3) month(s) after your above-referenced original scheduled lease maturity date. You may return your vehicle any time during the extension period. Your account must be current at the time of the lease extension and at the time of vehicle return. Additional mileage will be allotted on a pro-rata monthly basis in accordance with the mileage allowance originally agreed to in your Lease Agreement. Your new extension period will end 8/9/2019.

Except as modified in this correspondence, the provisions of your Lease Agreement will continue to govern all terms and conditions of your lease of the vehicle during the extension period.

Please sign in the spaces provided in order to indicate your agreement to the terms of extension reflected in this letter. This letter must be signed by all parties responsible for this account, including any co-lessees and guarantors, and returned to NILT at the following address: Nissan-Infiniti LT, P.O. Box 660695, Dallas, TX 75266-0695.

Yours truly,

Lease Customer Network
Nissan-Infiniti LT
Customer Center Dallas

Agreed: _____ Date: 22 APR 2019
Lessee: ANDREW M RITZ

Agreed: _____ Date: 4/22/19
Co-Lessee: MICHAEL RITZ

For leases owned by Nissan-Infiniti LT, Nissan Motor Acceptance Corporation acts as servicer.

55 E  1-65307477102