# Exhibit F

MYNISSAN      LOCATE A DEALER      LOCAL NISSAN OFFERS      BUILD & PRICE      💬 LIVE CHAT      ENGLISH ⌄



# END OF LEASE

VEHICLES ⌄      SHOPPING TOOLS ⌄      EXPERIENCE NISSAN ⌄      COMMERCIAL VEHICLES ⌄

OWNERS ⌄      SEARCH 🔍

## NISSAN VEHICLE
# END OF LEASE

When your lease is nearing its conclusion, Nissan Motor Acceptance Corporation (NMAC) keeps you notified with mailers and emails outlining your options and obligations.

[ NISSAN FINANCE END OF LEASE EXPERIENCE  ▸ ]

FEEDBACK

---

OPTION 1
# GET A NEW NISSAN

Turn in your current vehicle, and lease or buy a new Nissan. Our Owner Loyalty Offers help make this an attractive option. Visit the See All Vehicles section to find out which Nissan model is right for you.

SEE ALL VEHICLES  >

## VEHICLE INSPECTION                                                    +

Here are some simple steps to help you complete your lease return:



FEEDBACK

### 1 - Schedule your complimentary, but required, vehicle inspection.

Before your vehicle's return date, simply contact the Alliance Inspection Management Center (AIM) at 800-253-9026, or visit https://selfschedule.aiminspect.com to schedule a complimentary, but required, vehicle inspection. The inspection takes approximately 30 minutes, and can be done at your Nissan Dealer, your home, or your place of business. An AIM, certified inspector will provide an assessment copy of chargeable wear and use (if any), along with a Notice of Option to make repairs prior to return.

### 2 - Decide if you want to make repairs.

If excess wear and use is discovered during your inspection, you have the option to repair your vehicle before returning. You may want to discuss the results with your Nissan dealership or your insurance agent to determine the best course of action.

### 3 - Make a vehicle-return appointment with your Nissan Dealership.

Your vehicle must be returned to an authorized Nissan Dealership. When you're ready, call your dealership to schedule an appointment. While at the dealership, you are required to complete a Federal Odometer/Lease Termination Statement.

If applicable, you will receive an End-of-Lease liability statement four to six weeks after the vehicle has been returned to your Nissan Dealer. The statement will detail any current fees/charges remaining, which may include a disposition fee of up to $395. You may receive subsequent bills after this liability statement that may include, but are not limited to property tax, parking tickets; toll violations, etc. that occurred during the time you were in possession of the leased vehicle.

To learn more about the vehicle inspection process (including conducting your own inspection) and to see examples of normal and excess wear and use, please view the Wear and Use Guide.



### VEHICLE INSPECTION GUIDE

Check out our dedicated video guide to find out more about the Nissan End-of-Lease inspection, and how to get your vehicle in top condition.



**WEAR AND USE GUIDE - 336 KB** >

## OWNER LOYALTY OFFERS                                              +

When it's time to return your current vehicle, we want you to stay in the Nissan family. To thank you for buying or leasing another Nissan, NMAC will waive up to $500 in excess wear-and-use charges and your $395 disposition fee, if applicable, on your current NMAC lease.

*Offer good from 120 days prior to, or 30 days after, customer's termination of lease. Lessee must purchase or lease a new, unused, and unregistered Nissan or INFINITI vehicle, financed through Nissan Motor Acceptance Corporation (NMAC) or INFINITI Financial Services (IFS). Offer available to the current lessee or individuals residing in the same household with proof of residency. Customers must satisfy all obligations to NMAC

in accordance with their current lease agreement (including remaining payments, charges for excess mileage and/or wear-and-use, if applicable, and all other fees). The excess wear-and-use waiver does not apply to excess mileage fees. Lessee is also responsible for maintenance and repairs. See participating dealer for complete details.

**NISSAN OWNER LOYALTY WAIVER OFFER - 24 KB** ›

## OPTION 2
# KEEP YOUR NISSAN

FEEDBACK

If you purchase your vehicle, you can avoid excess mileage, wear and use charges. You will not be responsible for any costs other than the predetermined purchase option price and the incidental charges stated in your Nissan lease contract or required by law. These may include sales tax, vehicle registration, a purchase option fee, etc. Certain state and local laws may require you to pay a smog or safety inspection fee, etc.

## OPTION 3
# RETURN YOUR NISSAN

If you decide to return your Nissan, we'll make the process as easy as possible.

### 1 - Schedule your complimentary, but required, vehicle inspection.
Before your vehicle's return date, simply contact the Alliance Inspection Management Center (AIM) at 800-253-9026 or visit https://selfschedule.aiminspect.com to schedule a complimentary, but required, vehicle inspection. The inspection takes approximately 30 minutes, and can be done at your Nissan Dealer, your home, or your place of business. An AIM, certified inspector will

provide an assessment copy of chargeable wear and use (if any), along with a Notice of Option to make repairs prior to return.

### 2 - Decide if you want to make repairs.

If excess wear and use is discovered during your inspection, you have the option to repair your vehicle before returning. You may want to discuss the results with your Nissan dealership or your insurance agent to determine the best course of action.

### 3 - Make a vehicle-return appointment with your Nissan Dealership.

Your vehicle must be returned to an authorized Nissan Dealership. When you're ready, call your dealership to schedule an appointment. While at the dealership, you are required to complete a Federal Odometer/Lease Termination Statement.

If applicable, you will receive an End-of-Lease liability statement four to six weeks after the vehicle has been returned to your Nissan Dealer. The statement will detail any current fees/charges remaining, including a disposition fee of up to $395. You may receive subsequent bills after this liability statement that may include, but are not limited to property tax, parking tickets; toll violations, etc. that occurred during the time you were in possession of the leased vehicle.

To learn more about the vehicle inspection process (including conducting your own inspection) and to see examples of normal and excess wear and use, please view the Wear and Use Guide and watch the end of lease video.



### VEHICLE INSPECTION GUIDE

Check out our dedicated video guide to find out more about the Nissan End-of-Lease inspection, and how to get your vehicle in top condition.

OTHER END OF LEASE INFORMATION
# ADDITIONAL RESOURCES

## EARLY LEASE TERMINATION ✚

Customers who wish to terminate their lease early should contact their local Nissan dealer. Visit our Dealer Locator for contact information.

## NISSAN DISPOSITION FEE ✚

The disposition fee is commonly charged if you don't purchase the vehicle. However, current lessees qualify for the Loyalty Waiver. With this, any disposition fee you may owe under your current lease will be waived when you return your current Nissan vehicle and finance or lease a new, unused, and unregistered Nissan vehicle through NMAC within 30 days of returning your vehicle.

For further information on End-of-Lease charges, click here.

FEEDBACK

## END-OF-LEASE INSPECTION ✚

**1 - Schedule your complimentary, but required, vehicle inspection.**
Before your vehicle's return date, simply contact the Alliance Inspection Management Center (AIM) at 800-253-9026 or visit https://selfschedule.aiminspect.com to schedule a complimentary, but required, vehicle inspection. The inspection takes approximately 30 minutes, and can be done at your Nissan Dealer, your home, or your place of business. An AIM, certified inspector will provide an assessment copy of chargeable wear and use (if any), along with a Notice of Option to make repairs prior to return.

**2 - Decide if you want to make repairs.**
If excess wear and use is discovered during your inspection, you have the option to repair your vehicle before returning. You may want to discuss the results with your Nissan dealership or your insurance agent to determine the best course of action.

Ritz 000174

### 3 – Make a vehicle-return appointment with your Nissan Dealership.

Your vehicle must be returned to an authorized Nissan Dealership. When you're ready, call your dealership to schedule an appointment. While at the dealership, you are required to complete a Federal Odometer/Lease Termination Statement.

If applicable, you will receive an End-of-Lease liability statement four to six weeks after the vehicle has been returned to your Nissan Dealer. The statement will detail any current fees/charges remaining, which may include a disposition fee of up to $395. Please note, exceeding your total mileage allowance will result in additional charges. Please refer to your lease contract to review all its terms and conditions. You may receive subsequent bills after this liability statement that may include, but are not limited to property tax, parking tickets; toll violations, etc. that occurred during the time you were in possession of the leased vehicle.

To learn more about the vehicle inspection process (including conducting your own inspection) and to see examples of normal and excess wear and use, please view the Wear and Use Guide.

FEEDBACK



### VEHICLE INSPECTION GUIDE

Check out our dedicated video guide to find out more about the Nissan End-of-Lease inspection, and how to get your vehicle in top condition.







### SHOP FOR YOUR NEW NISSAN NOW

Are you looking to switch things up and move into a new Nissan? Take a look at

### CONTACT US

Call NMAC directly at 1-800-778-4211 to get the answers you need to any other questions about our lease return process.

### OWNER FAQS

Got a question about the lease, maintenance, warranty, or anything else with your Nissan? Save

Ritz 000175

our wide range of vehicles to see what's right for you.

**1-800-778-4211**

time and find detailed answers in our FAQs.

BUILD AND PRICE ›

VIEW OWNER FAQS ›

## NEXT STEPS


Log In to MyNISSAN


Create an Account


Locate a Dealer


Nissan Finance