# Exhibit J

Page 1

1                    UNITED STATES DISTRICT COURT
                     FOR THE DISTRICT OF NEW
2                    JERSEY CIVIL ACTION
                     NO.3:20cv-13509
3

     ANDREW RITZ AND MICHAEL RITZ,
4
            Plaintiffs,
5                                        Deposition of:
                                           MICHAEL RITZ
6            -vs-
7

     NISSAN INFINITI, TRANS UNION,
8    LLC, EQUIFAX INFORMATION
     SERVICES AND EXPERIAN
9    INFORMATION SOLUTIONS, INC.,
10           Defendant.
11   --------------------------
12
13
14      B E F O R E:  LISA R. GENTEMPO, a Certified
15   Court Reporter of the State of New Jersey, at the
16   offices of VERITEXT VIRTUAL, on SEPTEMBER 9, 2021
17   commencing at 11:30 a.m.  pursuant to Notice.
18
19
20
21
22
23
24
25

Page 18

1      Q.   How did you dispose of that car sir, was
2   it turned in for another vehicle?
3      A.   I believe it was an accident.
4      Q.   Okay.
5      A.   It was totally damaged.
6      Q.   Okay, and did you receive insurance
7   payments for that vehicle?
8           A.   Yes.
9      Q.   Had you purchased or leased any other
10  vehicle prior to that?
11     A.   No.
12     Q.   The prior Nissan, had you dealt with DCH
13  Freehold also, or did you purchase from another
14  dealership?
15     A.   I purchased from another dealership.
16     Q.   Okay. You never leased a vehicle before
17  this 2017 Sentra?
18     A.   Right.
19     Q.   What vehicle do you currently drive sir?
20     A.   The Toyota.
21     Q.   The 2003 Toyota?
22     A.   Yes.
23     Q.   Sir, do you know whether or not, do you
24  know what your present credit score is?
25          A.   Approximately what I recall?

Page 19

1        Q.   Yes. What do you recall to the best of

2    your recollection?

3        A.   Approximately 738, 740.

4        Q.   When was the last time you checked that?

5            A.   Recently, I received an email

6    from credit karma?

7        Q.   Okay.

8            A.   Telling me that my score had gone

9    up. I would say within with the last two months.

10       Q.   Do you know whether or not your credit

11   score decreased as a result of the allegations

12   asserted in this complaint?

13       A.   Yes.

14       Q.   By how much did your credit score

15   decrease?

16       A.   To the mid 600.

17       Q.   You state that most recently your credit

18   score is in the 7's?

19           A.   Yes.

20       Q.   Do you have any credit cards?

21       A.   Yes.

22       Q.   How many credit cards are in your name?

23           A. I have five.

24       Q.   As a result of this experience with DCH

25   Freehold, were you ever denied a credit card?

Page 20

1       A.    No.

2       Q.    Let's say from August 2019 to the

3    present date, August 2019 being the vehicle that

4    you assert, the date you assert the vehicle

5    should have been turned in, until the present

6    time, have you ever been denied any application

7    for credit?

8       A.    No.

9       Q.    Have you attempted since that time to

10   apply for a loan?

11      A.    I refinanced my home in 2019, and then

12   again in 2021.

13      Q.    You were able to refinance?

14      A.    Yes.

15      Q.    In 2019, do you remember when you

16   attempted to refinance the home, do you remember

17   the month, before or after August?

18      A.    Yes, it was probably, I can't recall the

19   date, I can't recall the date.

20      Q.    But you would say it was after

21   August 2019?

22          A.    I can't be sure. I don't recall.

23   I have it written down if you want me to check.

24      Q.    Do you believe it was closer to the end

25   of the year?

1          A.    I'm not sure.

2          Q.    Okay.  Have you at any time attempted to

3     obtain any sort of employment since August of

4     2019?

5          A.    No.

6          Q.    Sir, since August 2019, were you denied

7     any sort of credit opportunities that you wanted

8     to pursue?

9          A.    I was not denied.

10         Q.    Sir, I would like to share the screen

11    with you just for point of reference.  The screen

12    may change on you. Sir, do you see I'm sharing

13    the screen with you, there should be a document

14    on your screen responses to Nissan's first set of

15    Interrogatories Michael Ritz.  Does this look

16    familiar to you?

17         A.    Yes.

18         Q.    I'm going to turn to page 16, these are

19    Answers to Interrogatories. On page 16 here, at

20    the top, you mention that you had gone through

21    some financial difficulties earlier on.  Can you

22    just give me some background as to those

23    occurrence's sir, to fill in some of the gaps?

24         A. How it came about?

25         Q.    Yes, sir.

Page 22

```
 1        A.   I was let go from a position that I had,
 2   and I could not find any employment.  You know,
 3   after that, I was having a difficult time. And
 4   that is how we wound up, well, I could not keep
 5   up, we had two cars, lived in a condo,  I could
 6   not keep up the rent.  And I could not keep up
 7   the car payments.  I lost the cars.  I was
 8   evicted from the condo. And, that is how we wound
 9   up homeless.
10        Q.   Did you live anywhere afterwards, or
11   were you out of --
12        A.   I was fortunate enough my son helped me
13   out a little bit, we were able to stay in motels
14   on occasion. I was able to stay at my mother's
15   apartment on weekends. We had a friend who rented
16   a car for us. So we were able to sleep in the car
17   when necessary. And use the car to take care of
18   some of our things that we had to pursue.
19        Q.   Sir, when do you recall the date or the
20   year of when you purchased your first home after
21   these events?
22        A.   I bought this unit, I was renting here
23   until 2015, when I purchased it. Nothing since
24   then other than the refinancing.
25        Q.   Okay. Since August of 2019, as a result
```

Page 23

1   of these allegations, have you sustained any

2   financial loss?

3           A.   No.

4           Q.   I'm going to turn to the shared

5   screen, page 18 sir, there's a table there, title

6   non -- pecuniary damages.  In that table there's

7   several descriptions there including loss of

8   sleep, nervousness, frustration, and so forth.

9   Did you ever seek any sort of medical attention

10  for these issues?

11      A.   No, I did not.

12      Q.   Did you seek any type of counseling or

13  therapy for any of these issues?

14          A.   No.

15      Q.   Any sort of medical attention for loss

16  of sleep or psychiatric assistance for any of

17  these issues?

18          A.   No.

19      Q.   Were you ever on any medication to

20  resolve any of these issues, or placed on any

21  medication for purposes after all of this

22  transpired?

23      A.   No, I was already on medication, I was

24  taking Prozac for a number of years. Did not

25  increase it, no change.

Page 24

1      Q.   Okay sir. You mention on here just

2    injury to reputation, can you please describe

3    what you mean by that sir?

4      A.   When this whole thing started in August

5    when we brought the car back it was a very

6    embarrassing situation, you know.  It upset both

7    my son and me, it upset him more.  And since he

8    was upset, I became more upset by the way that we

9    were treated and how the thing was coming about.

10     Q.   You mention injury to family work and

11   sense of well being.  Can you provide some

12   description about how these events impacted your

13   family work and sense of well being?

14     A.   Since I had the homelessness 25 years

15   ago and I lost the everything, and I had no

16   credit report, no credit score, checking account,

17   savings account, I had absolutely nothing.  And

18   it took me a number of years to get back on my

19   feet and established to where I was able to buy a

20   home.  And get credit cards, and, have, you know,

21   a little cash in the bank. And when this whole

22   thing arose, I just had that fear again that I

23   don't want to go back to what happened to me

24   years ago.

25     Q.   Okay.

Page 25

1          A.    So, I had that anxiety and fear about it

2      happening again, are these things going to work

3      out, and the normal anxiety that come from all of

4      the stress.

5          Q.    And sir, you also claim damages, future

6      damages for continuing violation.  What sort of

7      future damages do you feel you incurred as a

8      result of this action?

9              A.    I was thinking along the lines of,

10     you know, this was to continue, and not getting

11     settled, how it would affect me in the future as

12     far as refinancing, or obtaining any other

13     credit.

14         Q.    But you have testified that as of today,

15     your credit score has increased from where it

16     was?

17             A.    Yes.

18         Q.    Have you ever sued anyone else under the

19     fair credit reporting act?

20         A.    No.

21         Q.    Have you ever had any other disputes

22     with any other lenders or finance companies that

23     you can recall?

24         A.    Yes.

25         Q.    Can you provide details please?

Page 26

1      A.   I know I have had disputes, I can't

2 recall exactly who or when it was. I'm sorry I

3 can't recall.

4      Q.   Okay. Have you filed any complaints

5 against any other finance companies or lenders?

6      A.   No.

7      Q.   So, this is the only instance ever,

8 where you have filed a form judicial complaint

9 against a lender and finance company?

10      A.   Right.

11

12

13                (A brief recess was taken.)

14

15

16      Q.   Mr. Ritz, just a few follow-up questions

17 and we are finished. You had mentioned that you

18 refinanced your home at the end of 2019.  Do you

19 recall who the lender was with whom you

20 refinanced?

21      A.   Yes, I believe my mortgage company is

22 PennyMac Mortgage.

23      Q.   Do you recall how much was financed?

24      A.   I don't recall the amount.

25      Q.   Okay. Do you recall the rate that you

Page 27

1     received?

2          A.   Yes, I believe it was 4.75. And then it

3     was refinanced again last year. They gave me a

4     1.99 percentage. That is why I went ahead and did

5     it.

6          Q.   That was also through PennyMac sir?

7          A.   Yes.

8          Q.   Sir, did you look, I'm going to share

9     the screen again quickly.  Sir, these are your

10    answers to Interrogatories.  If you look on

11    page 17, you note that you have time expended in

12    disputing errors.  Do you recall how much time

13    you spent in disputing errors in this case?

14         A.   I could not estimate, no.

15         Q.   I have no further questions for Mr.

16    Ritz, and I thank you for your time sir.

17               (The deposition was adjourned at

18    12:28 p.m. )

19    _____

                 MICHAEL RITZ

20

21     Subscribed and sworn to before me

22     this __ day of _____, 2021.

23

      _____

24      Notary public

25