# Exhibit V

2684213v1

Page 1

```
 1              UNITED STATES DISTRICT COURT
                 DISTRICT OF NEW JERSEY
 2                  TRENTON DIVISION
 3            Case No. 3:20-cv-13509-FLW-DEA
 4
      ANDREW RITZ AND MICHAEL RITZ,      )
 5                                       )
                Plaintiffs,              )
 6                                       )
                   -vs-                  )
 7                                       )
      NISSAN-INFINITI LT; TRANS          )
 8    UNION, LLC; EQUIFAX                )
      INFORMATION SERVICES, LLC; and     )
 9    EXPERIAN INFORMATION SOLUTIONS,    )
      INC.,                              )
10                                       )
                Defendants.              )
11
12
13             DEPOSITION OF TANYA MESSMER
14       The deposition upon oral examination of
      TANYA MESSMER, a witness produced and sworn before
15    me, Craig Williams, RPR, CMRS, a Notary Public in
      and for the County of Marion, State of Indiana,
16    taken on behalf of the Plaintiffs, via remote Zoom
      videoconference, on the 4th day of August 2021,
17    scheduled to start at 9:00 a.m., pursuant to the
      Federal Rules of Civil Procedure with written
18    notice as to time and place thereof.
19
20
21
22
23
24
25
```

Page 22

1   going to have a corrective action plan,
2   recommend one. Walk me through how you would
3   evaluate this case for that.
4 A  Well, we would look at the notes, we would look
5   at what was provided as the complaint, so we
6   would look at the complaint given.
7      We would look at what had happened, and we
8   would look at any documents that were pertained
9   in it, so anything that was there that was
10  documented. Or if we received documents, we
11  would look at that. In this case, we did
12  receive documents when we received it through
13  CFPB.
14 Q Oh, is that how -- I was going to ask you at
15  some point. Is that how it got to your
16  attention, because it was a CFPB complaint?
17 A  Yes.
18 Q  Got it.
19      Do you respond to CFPB complaints on a
20  regular basis?
21 A  Yes.
22 Q  So knowing what you know about this case, what
23  happened when the Ritzes attempted to return the
24  car, did return the car, and everything that
25  happened to the point where you made the

Page 23

1   correction on their credit files, do you think
2   anything here is deserving of a corrective
3   action plan?
4      MR. SIMOES: Objection as to form.
5 A  No. I think that there were circumstances here
6   in which I made a judgment call and I made an
7   exception to the process, the expected process.
8 Q  Why would that mean that it's not deserving of a
9   corrective action plan?
10 A We are dependent on the dealership in providing
11  us the receipt of the vehicle grounding. And it
12  has to come in a format in which it looks like
13  it comes from the dealership. If you look at
14  the account, that's not provided until later.
15  And then as it's provided, it's incorrect.
16 Q Why do those things mean no corrective action
17  plan would be recommended?
18 A Because we don't see it as an improvement
19  suggested to us. So corrective action plans go
20  to our business to see what improvements could
21  be happening with the process. In this
22  situation, I believe that they didn't do
23  anything wrong.
24 Q You think the Ritzes did?
25 A No. I'm not saying that either. I'm saying

Page 24

1   whatever happened with the altercation between
2   the Ritzes and the dealership, that's
3   unfortunate, but that's between them. We are
4   expecting something from the dealership that
5   tells us when that car is returned. We rely on
6   them.
7 Q  Do you know how to read a lease agreement?
8 A  Yes.
9 Q  Have you ever looked at one, read one?
10 A Yes.
11 Q Do you know what the Fair Credit Reporting Act
12  is?
13 A Yes.
14 Q What is it?
15 A It's a federal regulation that binds financial
16  institutions to report our information
17  accurately.
18 Q What does it mean to report information
19  accurately?
20     MR. SIMOES: Objection, calls for a legal
21  conclusion.
22 Q You can answer.
23 A Oh, sorry.
24     It means that we are responsible for
25  reporting the information as it comes to us when

Page 25

1   it comes to reporting payments on time. If it's
2   missed, it's reported as such.
3 Q So when you say the Fair Credit Reporting Act
4   obligates Nissan to report information
5   accurately, that means to you that you are to
6   report the information as it comes to you?
7      MR. SIMOES: Objection as to form.
8 Q Is that right?
9 A Yes.
10 Q As it comes to you from where, from who?
11 A Well, what I understand is, that as we make
12  payments, as customers make payments, we are
13  reporting it. And I apologize, I'm not part of
14  the CBM team. I'm sure that they can give you a
15  better answer.
16 Q Well, you're not going to distance yourself too
17  far from that, are you? You're the one that
18  decided to make the correction to the credit
19  reporting; right?
20 A Correct.
21     MR. SIMOES: Objection as to form.
22 Q I'm not sure you're answering my question. How
23  do you decide if the information you're
24  reporting is accurate? What method are you
25  using to determine accuracy?

7 (Pages 22 - 25)

Page 34

1  Q  You don't have any opinion on that?
2  A  No.
3  Q  Does that matter to you in terms of what
4     happened in this case?
5  A  No.
6  Q  So it doesn't matter to you one way or another
7     whether the Ritzes had an appointment or not?
8        MR. SIMOES: Objection, asked and answered.
9  Q  Right?
10       MR. SIMOES: You can answer, Tanya.
11 A  I'm sorry. No. When it comes to how we handle
12    the complaint, no.
13 Q  I'm not asking you how -- well, okay.
14    Let's frame this a little bit, Tanya. The
15    CFPB complaint that the Ritzes made was a
16    complaint that Nissan was inaccurately reporting
17    that they made a payment 30 days late; right?
18 A  Yes.
19 Q  The reason Nissan reported the payment a 30-day
20    late payment, which they did; right?
21 A  Yes.
22 Q  The reason they reported that 30-day late
23    payment, was because they charged the Ritzes as
24    if they had not returned the car on August 9th,
25    the Ritzes didn't pay that charge, and that

Page 35

1     became a late payment, right?
2  A  Yes.
3  Q  So in deciding whether the reporting to the
4     consumer reporting agencies, the 30-day late
5     reporting is accurate or not, you need to
6     answer; one, whether the charge was justified;
7     and two, if the charge was justified, whether it
8     was paid and should be reported as late; right?
9        MR. SIMOES: Objection as to form.
10 Q  In order to decide whether the charge was
11    justified or not, there's only one thing you can
12    do and one place you needed to look, and that is
13    in the lease itself; agreed?
14       MR. SIMOES: Objection as to form.
15 A  No. The lease in itself explains that the car
16    needs to be returned, an odometer statement
17    needs to be received.
18 Q  Right. Where else would you look to decide what
19    you can and cannot charge this customer besides
20    the lease?
21 A  That's what I mean.
22    Well, let me say this. Yes, in that it's
23    in the lease, but the lease also indicates that
24    you have to have an odometer statement.
25 Q  Are you not understanding my question? My

Page 36

1     question is --
2  A  I do understand your question.
3  Q  -- if you want to know, if we want to know, as
4     you just agreed we do, whether Nissan properly
5     charged the Ritzes, the only place we need to
6     look to get the answer to that question is the
7     lease; right?
8        MR. SIMOES: Objection as to form.
9  A  The lease indicates the term end procedures. We
10    are receiving word from the dealer when the
11    vehicle is returned.
12 Q  Is that a yes or no to my question? Do you want
13    me to ask it again?
14 A  Yeah, ask it again.
15 Q  In order to decide whether the late payment was
16    being reported correctly, you have to know
17    whether there was a late payment. In order to
18    know if there was a late payment, you need to
19    know if there was a charge that was not paid,
20    and that charge has to be a charge that Nissan
21    can make; right? If it's a charge that Nissan
22    doesn't have a right to make, then the late
23    payment would be inaccurate; agreed?
24 A  Agreed.
25       MR. SIMOES: Objection as to form.

Page 37

1  Q  Right? I mean that follows; right? If Nissan
2     makes a charge on a customer that they are not
3     authorized to make and that customer doesn't pay
4     it, and later reports that the customer is late
5     in making that payment, that reporting would be
6     inaccurate because Nissan didn't have the right
7     to make the charge in the first place?
8  A  What do you mean authorized?
9        MR. SIMOES: Objection as to form and calls
10    for a legal conclusion.
11 Q  And that's what we're talking about right now.
12    What charges Nissan is authorized to make on
13    this consumer. And my question to you was, in
14    order to answer that, there is one place and one
15    place only that we need to look, and that place
16    is the lease?
17 A  Yes.
18       MR. CENTO: Tanya, we've been going for
19    about an hour. Usually I take a break about
20    every hour. I didn't mention this at the
21    beginning, but if you need to take a break
22    between those times, let us know, we'll gladly
23    give you one. But if you don't, usually I will
24    take a break about every hour.
25       So if it's okay with you, Sergio, can we

10 (Pages 34 - 37)