# EXHIBIT 5

**<u>Certification of Guerino Cento in Support of Plaintiffs' Brief in Opposition to Defendant's Motion for Summary Judgment</u>**

| Date/Time | Notes | Last Name | First Name | | Channel | Category | ID | Code | | | | | | Name | | | | | | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 8/14/2019 02:23:38 AM | | | | | | Triad Action Code | | | | | | | | | | | | | | |
| 8/13/2019 08:32:17 PM | Your Password has been reset | Admin | WPS | | Portal | Email | WPSADM | RITZ | | | | | | ANDREW | | | | | | |
| 8/9/2019 11:46:30 AM | cont'd: I was being polite in telling the Sales Manager that the car was being returned as per a legal agreement with the vehicle's owner Nissan-Infiniti LT (NILT). NILT's direction to me in this agreement is that the car is to be returned no later than this date, 08-09-2019.<br><br>adv'd would notate the account, submit the complaint and customer indicate grounding of the vehicle.... | Adams | Annetta | | Chat | LCN - Inspection | X088633 | RITZ | | | | | | ANDREW | | | | | | |
| 8/9/2019 11:35:25 AM | cust states: Hello, I tried to return the 2017 Nissan Sentra to Freehold Nissan today 08-09-2019, I believe it wad the Sales Manager (bald-headed gentleman) who told me tha the car could not be returned without an appointment. I would have to find a Nissan dealer somewhere who would accept the car today without an appointment. He said none would. I had tried to make an appointment about a month ago. I responded to her message and my call was not returned. I gave him a copy of the Lease Extension agreement where it states, "Your vehicle must be returned no later than three (3) month(s) after your above-referenced original scheduled lease maturity date." At the top of the agreement reads, original "Lease Maturity Date: 5/9/2019". The vehicle's insurance coverage is cancelled at midnight 08-09-2019. I told him I would leave the car with him and come back for the appointment whenever. The car is reurned. He threatened me with having the car towed if left and I would bbe resposible for it. I left both keys on his desk and left with my father. The milage of the car is no more than 32,600 miles within 10 or so miles either way in error (he wouldn't allow the Federal Odometer Statement to be cpompleted). He followed us into the parking lot yelling, "You'll never get another car!" Both New Jersey license plates F40HWX were surrendered @11:58am today to the NJ Motor Vehicles Services office in Freehold, NJ. I was being polite in telling the Sales Manager that the car was being returne | Adams | Annetta | | Chat | LCN - Inspection | X088633 | RITZ | | | | | | ANDREW | | | | | | |
| 8/9/2019 11:31:41 AM | Your Password has been reset | Admin | WPS | | Portal | Email | WPSADM | RITZ | | | | | | ANDREW | | | | | | |
| 7/31/2019 07:32:32 PM | Payment Reminder | Administrator | Siebel | | Portal | Email | | RITZ | | | | | | ANDREW | | | | | | |
| 7/31/2019 08:08:26 AM | Andrew rec bill for payment due on the account for this month. Stated all payments has been made on the lease. Stated will return the vehicle on 8/9/2019. Wants letter sent to showing lease paid in full.<br>sent to email | Robinson | Roderick | | Chat | Payment Information | ROBINSR | | | | | | | | | | | | | | |