# EXHIBIT 8

**<u>Certification of Guerino Cento in Support of Plaintiffs' Brief in Opposition to Defendant's Motion for Summary Judgment</u>**

| Date/Time | Note | Last Name | First Name | Phone | Type | Category | ID | | | | | | User | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 9/20/2019 10:56:53 AM | Ayhan/Freehold Nissan called stating customer was cursing and threw the keys at him and walked out of the office- he stated no odom statement signed and he will not ground unit until the customer sign the odom statment Dealer stated customer was very rude to him  Explained to Ayhan we just need unit grounded I will call customer to come to dealership to sign odom statement | Smith | Tusa | | Call - Inbound | LCN - PAST MATURITY | X631062 | | | | | | | |
| 9/20/2019 08:54:45 AM | Andrew stated returned vehicle 8/9/19 to Freehold Nissan, the dealer didn't want to accept vehicle back the day he returned it Cust stated his credit is affected bc dealer never grounded the unit  *adv dealer never grounded the unit need to contact dealership- he stated he left keys on manager's desk- he never signed odom statement at dealership bc the manager didn't want him to leave veh there- stated an appt was needed  complaint submitted for customer a few days ago- no complaint submitted today  I contacted dealership spoke with Patty gave veh information- she stated will give information to manager to call me back  *adv to ground unit the odom statement have to be signed | Smith | Tusa | 4764 | Call - Inbound | CS-LCN Collections | X631062 | | | | | | | |
| 9/20/2019 08:50:27 AM | OB CALLING TRANS TO LEASE MATR U DATE TEAM | Cabrera Morrell | Shanika | 7322948625 | Call - Inbound | Transfer-Internal | X824683 | | | | | | | |
| 9/20/2019 08:26:00 AM | andrew clld in about bill rcvd and alrady turned in veh... adv to contact dlr to ground veh adv cannot close out acct need to contact dlr | Mendoza | Tiffany | 7322948625 | Call - Inbound | Status of Account | X847660 | | | | | | | |
| 9/16/2019 10:58:10 PM | Contact Information Verified by Customer | Admin | WPS | | Portal | Note | WPSADM | RITZ | | | | | MICHAEL | |
| 9/6/2019 08:15:18 PM | RITZ,MICHAEL;,,PV3KPK55XFWQMVS;N/A | Administrator | Siebel | | SCRA | SCRA-Not Active | SADMIN | | | | | | | |
| 9/6/2019 08:15:18 PM | RITZ,ANDREW;,,46QQJBFKGNSG99Q;N/A | Administrator | Siebel | | SCRA | SCRA-Not Active | SADMIN | | | | | | | |
| 8/30/2019 01:46:50 AM | Nissan's Recent System Outage | Administrator | Siebel | | Portal | Email | SADMIN | | | | | | | |
| 8/23/2019 07:36:26 PM | Statement Available | Administrator | Siebel | | Portal | Email | | RITZ | | | | | ANDREW | |
| 8/23/2019 07:23:41 AM | Your Password has been reset | Admin | WPS | | Portal | Email | WPSADM | RITZ | | | | | ANDREW | |
| | Triad Action Code - Scenario ID "3" received | Administrator | Siebel | | | Scenario ID | SADMIN | | | | | | | |