# EXHIBIT 9

**Certification of Guerino Cento in Support of Plaintiffs' Brief in Opposition to Defendant's Motion for Summary Judgment**

| Date/Time | Description | | | | Channel | Type | User1 | User2 | | | | | User3 | | | | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| | office talking to him and the car was ready for him to inspect (milage and condition). He had the opportunity to do so, but refused. The vehicle NJ license plates were surrendered to NJMVC Freehold afterward on 08-09-2019. Nothing in Item 12, Vehicle Return or the Lease Extension Agreement states that I first need an appointment to return the vehicle and if I don't h | | | | | | | | | | | | | | | | |
| 9/26/2019 07:39:35 AM | SPOKE WITH LEAD/CYNTHIA WHO STATED HAVE CUST CALLBACK TO LEASE MATURITY DUE TO ON GOING ISSUE-Hello, Apologies for length. This past Friday 09-20-2019. I found out the 2017 Nissan Sentra returned to Freehold, Nissan on 08-09-2019 had not been grounded. With the help of Tee with your Lease Maturity Dept and later Shanella with Customer Service, vehicle grounding was achieved with 32,600 miles on odometer. With this chat. It was a very trying day on Friday. Tee had arranged for a Federal Odometer statement to be completed at Freehold Nissan by the sales manager. He had put the date of the document as 09-20-2019 and would not let me notate next to my signature that the car had actually been returned on 08-09-2019 (a more complete, accurate depiction). The sales manager took the form from me and ripped it up. A phone call to NMAC from the sales manager's office with Tee on the line. After discussion, the sales manager completed a new form. I noticed it had 36,300 or so miles on it. I know I was not over mileage. I refused to sign a form that I knew had incorrect mileage. He had not offered to walk my father and I to the car to verify this mileage reading. He kept repeating that the car was not grounded because there was no appointment to return the car. I would like to point out that the original lease contract reads, "Item 12, Vehicle Return. When your Lease terminates, whether early or as scheduled, you will return the Vehicle to a Nissan dealer or other location we specify. Yo | Ezell | Crystal | | Chat | Other | EZELLC | RITZ | | | | | ANDREW | | | | |
| 9/20/2019 08:16:02 PM | RITZ,MICHAEL;,,03T6VJVC3BH8WX4;N/A | Administrator | Siebel | | SCRA | SCRA-Not Active | SADMIN | | | | | | | | | | |
| 9/20/2019 08:16:02 PM | RITZ,ANDREW;,,KRPN98F8429JW71;N/A | Administrator | Siebel | | SCRA | SCRA-Not Active | SADMIN | | | | | | | | | | |
| 9/20/2019 07:31:52 PM | Statement Available | Administrator | Siebel | | Portal | Email | | RITZ | | | | | ANDREW | | | | |
| 9/20/2019 01:25:41 PM | ==ANDREW M RITZ CI WITH DECREPENCIES WITH THE MLS ON THE ODUM .. STT THAT== HE RTN THE VEH ON 08/09 ..<br><br>==MLS ON AIMS INSPECTION.(03/26/2019) 25,893..==<br><br>==CST STT THAT HE HAD ANOTHER INSP WITH AIMS 06/10==<br>conf the mls on aims insp 29636 | Pearson | Shanella | | Call - Inbound | Status of Account | X019953 | | | | | | | | | | |

| Date/Time | Notes | Last Name | First Name | Phone | Call Type | Reason | ID |
|---|---|---|---|---|---|---|---|
| | dlr complains that the dlr did not confirm with his the mls.. and is not being proactive with the rtn of the car.<br><br>DCH FREEHOLD NISSAN<br>AYHAN STT THAT THE CST CAME IN ON 08/09, THE DLR AV THAT HE TOLD HIM THAT HE HAD TO HAVE AN APT STT THAT THREW THE KEYS AND LEFT.. REFUSES TO SIGN THE ODUM.. AND NOW THAT THE DONT SEE THE CAR GRD IN THE SYS HE CAME BACK IN TODAY TO SIGN THE ODUM, YET WONT HIM TO BACK<br>DATED FROM 08/09..<br><br>DLR STT THAT HE IS NOT GOING TO BACKDATE FOR THE CST IS RUDE. CST REFUSE TO SIGN AND THE MLS IS 32600 mls YET HE IS STT OTHERWORDS.<br><br>ADV THE CST THAT WE WILL BE ABLE TO CONF THE MLS ONCE THE VH IS AT AUTION ..AHAN IS INDICATING THAT HE WILL GRD THE VEH. W/ 32000 MLS | | | | | | |
| 9/20/2019 12:40:54 PM | | Pearson | Shanella | 7322948625 | Call - Inbound | | X019953 |
| 9/20/2019 12:23:50 PM | Ayhan/manager at Freehold Nissan and Andrew on the line regarding odom statement<br>Ayhan stated customer is trying to write on the odom statement he returned vehicle on 8/9/19-<br>Ayhan only accepting responsibility of veh today 9/20/19 when odom is signed cust not happy with that<br>Ayhan refused to back date odom statement- said cust is very rude<br><br>Spoke with Andrew explained he cannot write a different date on odom statement need to sign only and put today's date<br>I will work with supervisor to see if credit dispute can be submitted<br>we have documentation stating unit returned 8/9/19 however no odom signed<br><br>Cust stated will sign odom statement | Smith | Tusa | | Call - Inbound | LCN - PAST MATURITY | X631062 |
| 9/20/2019 12:17:36 PM | cci - called about the odometer reading for the vec - wanted to make sure it shows in system the vec was grounded on 8/9/19 - | Thomas | Kevin | 7325130860 | Call - Inbound | Status of Account | X039240 |
| 9/20/2019 11:03:10 AM | Called (732) 294-8625 spoke with Andrew advised need to go sign odom statement at dealership<br><br>*adv to remove delinquency from credit need grounding back dated or letter from dealership and manager is not willing to submit letter<br><br>*adv if grounding back dated I can still submit request for credit adjustment<br><br>cust stated will go sign odom statement today | Smith | Tusa | | Call - Outbound | LCN - Left Word | X631062 |