# EXHIBIT 11

**<u>Certification of Guerino Cento in Support of Plaintiffs' Brief in Opposition to Defendant's Motion for Summary Judgment</u>**

Page 100

| | | |
|---|---|---|
| 1 | | exception, and I overrode CBM's decision. |
| 2 | Q | Did anyone at CBM complain about you overriding |
| 3 | | that? |
| 4 | A | No. |
| 5 | Q | Did you have any discussion about you overriding |
| 6 | | it with anybody at CBM? |
| 7 | A | No. |
| 8 | Q | You just submitted the SR and your approval is |
| 9 | | enough to override and no questions asked? |
| 10 | A | No. |
| 11 | | MR. SIMOES:  Objection as to form. |
| 12 | A | So we put the reasoning.  We said that the VIN |
| 13 | | number is only off by one digit.  So, yes, I put |
| 14 | | my approval to it, but I also put the reasoning |
| 15 | | for it as well. |
| 16 | Q | Well, which is it; because of your approval that |
| 17 | | they processed it or because the VIN numeral was |
| 18 | | one digit off? |
| 19 | A | I would have to say both. |
| 20 | Q | But they knew that the VIN number was one digit |
| 21 | | off from the beginning. |
| 22 | A | Yes.  Well -- yes. |
| 23 | Q | Then why wasn't that enough then? |
| 24 | A | I don't know. |
| 25 | Q | Do you think that's odd? |