# EXHIBIT 14

**<u>Certification of Guerino Cento in Support of Plaintiffs' Brief in Opposition to Defendant's Motion for Summary Judgment</u>**

Page 85

| | | |
|---|---|---|
| 1 | Q | That would be CBM? |
| 2 | A | Yes. |
| 3 | Q | You do know e-Oscar, though, because you know |
| 4 | | how to submit an AUD through e-Oscar don't you? |
| 5 | A | I don't. |
| 6 | Q | Do you have someone else do that? |
| 7 | A | Yes.  Well, when are you talking about when we |
| 8 | | submitted for the correction? |
| 9 | Q | Yes. |
| 10 | A | That's through an SR, a service request. |
| 11 | Q | To CBM? |
| 12 | A | Yes. |
| 13 | Q | Can you tell me that SR number for that request? |
| 14 | A | Yes. |
| 15 | | My system timed out.  I'm going to have to |
| 16 | | sign right back in. |
| 17 | | What was the question?  What did you need? |
| 18 | | I have it up now. |
| 19 | Q | The SR that caused the AUD. |
| 20 | A | Okay.  It is 1-153262491882. |
| 21 | Q | What kind of information is in these SRs? |
| 22 | A | It's just requesting the delinquency to be |
| 23 | | removed, based on my approval. |
| 24 | Q | Does it say why? |
| 25 | A | Yes.  So what it states is that the previous SR |

Page 86

1  had been canceled because there was a typo in
2  the second digit of the VIN number, and it says
3  letter is attached, we attached the letter to
4  it, and I asked them to remove the one over 30,
5  per my approval.
6  Q  What previous SR are you referring to?
7  A  Let me double-check.
8     The previous SR was on -- do you want the
9  number?
10 Q  Yes, please.
11 A  1-107188222503.
12 Q  What's the date of that SR?
13 A  That is on 10/8, October 8th, 2019.
14 Q  What was the subject of that one?
15 A  That one is asking the same thing, they're
16 asking for their delinquency to be removed at
17 that time; that they had that letter, the dealer
18 letter that indicated that they turned it in on
19 August 9th.
20 Q  And the date of the dealer letter was what?
21 A  The date of the letter?
22 Q  Yes.
23 A  Let me check.
24    It's dated September 24th, 2019.
25 Q  Who submitted the SR on 10/8?

Page 87

1  A   That's a good question. Hold on one second,
2      because it changes when they --
3  Q   Was it Anna Rodriguez?
4  A   Anna Rodriguez created this, but it says "Admin
5      Operations." Yeah, I guess it is Anna
6      Rodriguez. It says "Created by."
7  Q   We see her note that she's doing that on
8      page 148 of Document 9; right?
9  A   Correct.
10 Q   Dated 10/8 at 11:20?
11 A   Let me get there. I'm sorry, I don't have that
12     up.
13         Yes.
14 Q   I'm sorry, the date of that letter from the
15     dealer was what?
16 A   It's dated September 24th.
17 Q   The dealer letter?
18 A   Yes.
19 Q   Why didn't that SR result in an AUD?
20 A   Based on the SR -- bear with me. I was trying
21     to read this. There it is.
22         It says, "SR account status inaccurate.
23     Wrong VIN number on letter and must be signed by
24     a representative of the dealership with the
25     title or position of the company typed."

Page 88

1  Q  How do you interpret that?  What does that mean?
2  A  I believe that's CBM's procedure when they
3     receive notice from the dealership that there's
4     a correction in the grounding, that they need a
5     typed letter on letterhead with the dealership
6     explaining the situation, providing like the
7     real grounding date, and then they have to sign
8     it with their position.  So if it was, let's
9     say, the general manager, it would have to say
10    general manager.
11 Q  That SR, had it been completed on October 8th,
12    would have removed the late payment from the
13    Ritzes' credit files; right?
14 A  Yes, if it was accepted, yes.
15 Q  It wasn't accepted because there was a typo in
16    the VIN number?
17 A  Yeah.
18 Q  And it wasn't in the format that they wanted it
19    in?
20 A  Yes.
21 Q  Did they ever get the format they wanted it in?
22 A  No.
23 Q  Did you submit the SR?
24 A  My representative did.
25 Q  When she submitted it on your approval, you had

Page 89

1      not gotten this properly formatted letter?
2   A  No.
3   Q  But your SR was processed?
4   A  Yes.
5   Q  Why?
6   A  Because I approved it.
7   Q  But you didn't have the properly formatted
8      letter?
9   A  No.
10  Q  Well, then why did CBM allow it to process?
11  A  Because of the approvals.  I'm at a level where
12     I can approve it, so I explained there's a typo
13     in the VIN, it's not completely incorrect.  The
14     dealership is stating the date, and so we wanted
15     to take it --
16  Q  They knew there was --
17  A  If it's an exception to the process, I have to
18     approve it.
19  Q  CBM knew there was a typo in the number in
20     October.
21  A  Yes.
22  Q  You said that CBM has a procedure that prohibits
23     them from making that change without this typed
24     letter signed by the dealer?
25  A  Yes.  And I apologize, I didn't state -- I think

Page 90

1 they either need an account number or the VIN
2 number.
3 Q And they didn't get that so they rejected it in
4 the first SR; right?
5 A Yes.
6 Q On October 8th; right?
7 A Yes.
8 Q But you, with your authority, were able to get
9 them to override that procedure?
10 A Yes.
11 Q Well, why is there no note on September 24th
12 reflecting the receipt of that letter from the
13 dealer?
14 A I don't know.
15 Q Do you know when the letter was received?
16 A I do not.  I only know we received it through
17 CBM.  I'm sorry, not CBM, CFPB.  So through the
18 complaint, the customer had it with the
19 complaint, so we were able to see it very
20 quickly.
21 Q But the dealer sent that letter to you on
22 September 24th.
23 A No, he did not.
24 Q Why not?
25 A I wasn't involved in that situation at that

Page 91

1          time.  My group did not get involved until we
2          received the complaint through CFPB.
3    Q     So the dealer writes a letter dated
4          September 24th in which they explained that they
5          made a mistake and the vehicle should have been
6          grounded on August 9th and they don't send it to
7          you?
8    A     Not to me, no.
9    Q     To Nissan?
10   A     Yes.
11   Q     Yes, I'm correct, or yes, they sent it?
12   A     Oh, yes, they did, they sent it.  And I can't
13         tell you how they sent it.  I don't know how
14         they got it.  I can just tell you I got it
15         through CFPB.
16   Q     Where is the record of Nissan receiving the
17         September 24th letter from the dealer?
18   A     I don't know.  I honestly don't know how it was
19         received.  It's not documented.
20   Q     It's not in the notes; right?
21   A     Correct, it's not in the notes and it's not
22         documented.
23   Q     Do you have access to that letter?
24   A     I have a copy of it, yes.
25   Q     Can you see it on your system?

Page 92

1  A   Yes.
2  Q   Does the version on your system say when it was
3      received?
4  A   It does, yes.
5  Q   What is that received date?
6  A   August 9th.
7  Q   No, does it say when the letter was received?
8  A   Oh, I'm sorry.  No, it does not.  It's like a
9      copy of it.
10 Q   There's no stamp indicating when it was
11     received?
12 A   There's no stamp.
13 Q   Does Navient typically stamp mail when it's
14     received?
15         MR. SIMOES:  Objection, Nissan.
16 Q   Nissan, does Nissan typically stamp mail when
17     it's received?
18 A   It depends.  It depends on how we receive it.
19     If it goes through the mail, it will be stamped.
20     If it's faxed in any way, meaning if the
21     dealership faxed it directly to someone, it's
22     not going to be stamped.
23 Q   The version that you can see in your system, is
24     it the version of the letter that you got from
25     the CFPB?

Page 93

1  A   It does look like it, yes.
2  Q   I want to make sure I'm clear.  When it comes to
3      SRs instructing CBM to remove the late payment,
4      there were two total, yours and the one before
5      it?
6  A   I would have to check to make sure.
7  Q   Okay, let's check that.  So you've identified
8      the SR that was on October 8th.  We know about
9      your own.  Is there one either before
10     October 8th or in between yours and that one?
11 A   Let me see.
12         There is.  It is opened on September 26th.
13 Q   2019?
14 A   I'm sorry, 2019.
15 Q   Those are the notes that start at 7:39 a.m. and
16     go to 8:03 a.m.?
17 A   Let me compare.
18         I don't know.  This is not the same person.
19 Q   Who submitted the SR you're talking about?
20 A   The person who submits it is Marco Gutierrez.
21 Q   This is September 26th?
22 A   Correct, yes.
23 Q   What time?
24 A   It is at 9:13 a.m.
25 Q   And do you know how to spell Marco's last name?

Page 94

1  A  I do.  It is G-U-T-I-E-R-R-E-Z.
2  Q  What department is he in?
3  A  At the time, I think he was in customer service.
4     I don't know for sure.
5  Q  What SR number did he submit?
6  A  He submits 1-103199338422.
7  Q  And he submits that on September 26th?
8  A  Yes.
9  Q  And that AR instructs CBM to remove the 30-day
10    late?
11 A  It's requesting them, yes.
12 Q  Does it attach the dealer's letter?
13 A  It does, yes.
14 Q  Is the dealer's letter dated September 24th?
15 A  Yes, September 24th.
16 Q  So at a minimum, Nissan had the September 24th
17    letter from the dealer acknowledging that the
18    vehicle should have been grounded on August 9th.
19    It had that letter by September 26.
20 A  Yes.
21 Q  So why, then, going back to Document 9,
22    page 141, don't I see any entry in the notes
23    about this SR?
24 A  I don't know.
25 Q  You're finding it now by searching for SRs?

Page 95

1  A  Yes.
2  Q  How could you locate that one so quickly?  Did
3     you just search by account number again?
4  A  I searched through SR and that account number,
5     yes.
6  Q  So this is actually the first SR that was
7     submitted to CBM instructing them to remove the
8     30-day late?
9  A  Yes.
10 Q  And then there was a second one on October 8?
11 A  Yes.
12 Q  And a third one, and that's the one you sent;
13    right?
14 A  Yes.
15 Q  Any others?
16 A  No.  Let me double-check.
17         I'm just going to look at everything.
18         No.
19 Q  Why didn't the SR from September 26 cause an AUD
20    to be sent?
21 A  Let me just take a look at it and see what they
22    say.
23         It just says that reporting is accurate.
24 Q  What does that mean?
25 A  I don't know.

Page 96

1  Q  Which reporting is accurate?
2  A  All it's indicating in the SR, it says,
3     "Information furnished to the credit reporting
4     agencies is accurate reflection of your
5     account."
6  Q  Even though the SR was telling CBM to remove
7     that late payment?
8  A  Yes.
9  Q  How do you explain that?
10 A  I can't.  The CBM can check everything, and if
11    they don't agree, they can override the person
12    that's requesting it.
13 Q  Who entered that note on that SR about the
14    reporting being accurate?
15 A  Let me see if I can see that.
16         I have an employee log-in.  I don't have a
17    name.
18 Q  What is the employee's log-in?
19 A  B-L-A-C-K-E-3.  Let me see if there's something
20    else that would be more --
21         No, I apologize, that's all I have here.
22 Q  His log-in name you're saying?
23 A  That's his log-in ID.
24 Q  Is there any way to figure out what employee has
25    that log-in ID?

Page 97

1  A   Yes, I think we just ask CBM.
2  Q   But you can't look it up?
3  A   Unfortunately, I don't have the ability to do
4      that.  It's not through Siebel or anything.
5  Q   Does CBM use a different system?
6  A   I'm sure there's a way of looking it up.  I just
7      don't know what it is.
8  Q   Does CBM use a different system than Siebel?
9  A   No.
10 Q   Would you agree that this CBM representative
11     made a mistake?
12         MR. SIMOES:  Objection as to form.
13 A   I don't know why he did, to be honest.  It
14     doesn't make sense to me why he denied it,
15     meaning he didn't provide a reason, right.  I
16     can only assume that the second one shows that
17     the VIN number is incorrect and that's the
18     reason, and I know that's part of their
19     procedure.
20 Q   When you approved your SR, you did it based on
21     exactly the same document?
22 A   I did, yes.
23 Q   Did you make a mistake?
24 A   I made an exception.
25 Q   An exception to what?

Page 98

1  A  To the process.
2  Q  An exception for a mistake made by the dealer;
3     right?
4  A  Right.
5          MR. SIMOES:  Objection to form.
6  Q  You're not making an exception for a mistake
7     made by the Ritzes?
8  A  No.
9  Q  Does the second SR, the one on 10/8, tell us why
10     it did not result in an AUD?
11  A  I believe it does.  Let me double-check.
12         Yes, it does.
13  Q  What is the reason it states?
14  A  It states, "The account status inaccurate.
15     Wrong VIN number on letter and must be signed by
16     a representative of the dealer with title or
17     position in the company typed."
18  Q  Why did you override that procedure?
19  A  The reason why I did that was because the VIN
20     number was off by one digit, so I assessed the
21     risk that it was low that we were referring to
22     another vehicle.
23  Q  Did anybody ask the dealership to fix it?
24  A  I don't know.
25  Q  It doesn't seem like anybody did.

Page 99

1              MR. SIMOES:  Objection, form.
2     A    I don't know.
3     Q    I don't see anything in these notes about
4          reaching out to the dealership to find out if
5          this VIN number is wrong.
6     A    Yeah.
7     Q    Did you do anything to figure out to be sure
8          that that was in fact a typo?  Did you reach out
9          to the dealer?
10    A    No.
11    Q    So you were just taking a chance that that was
12         the same VIN number?
13    A    I was, yes.
14             MR. SIMOES:  Object to the form.
15    Q    Why didn't you confirm it, the typo?
16    A    Because it was just one digit.
17    Q    Right.  But it was one digit, which was enough
18         for CBM to reject is this request.
19    A    Correct.
20    Q    So it was important to them.  Why did you not
21         confirm that this was, in fact, a typo?
22    A    Again, like he said, it's because it was one
23         digit.  The risk -- we assessed the risk as
24         being low that this was a different vehicle, so
25         we made a judgment call and we made the

Page 100

1      exception, and I overrode CBM's decision.
2 Q  Did anyone at CBM complain about you overriding
3      that?
4 A  No.
5 Q  Did you have any discussion about you overriding
6      it with anybody at CBM?
7 A  No.
8 Q  You just submitted the SR and your approval is
9      enough to override and no questions asked?
10 A  No.
11          MR. SIMOES:  Objection as to form.
12 A  So we put the reasoning.  We said that the VIN
13      number is only off by one digit.  So, yes, I put
14      my approval to it, but I also put the reasoning
15      for it as well.
16 Q  Well, which is it; because of your approval that
17      they processed it or because the VIN numeral was
18      one digit off?
19 A  I would have to say both.
20 Q  But they knew that the VIN number was one digit
21      off from the beginning.
22 A  Yes.  Well -- yes.
23 Q  Then why wasn't that enough then?
24 A  I don't know.
25 Q  Do you think that's odd?

Page 101

1      MR. SIMOES:  Objection as to form.
2  A   No, because it's part of their process.  The VIN
3      number is supposed to be correct.
4  Q   But it was correct, it was a typo.
5  A   There was a typo, yes.
6  Q   An obvious typo, at least to you; right?
7      MR. SIMOES:  Objection as to form.
8  A   Yes.
9  Q   In every other way this letter matches up with
10     the Ritzes' story.
11     MR. SIMOES:  Objection as to form.
12 A   Yes.
13 Q   Right?
14     It would be quite a coincidence if they
15     were sending you a letter, the same dealership
16     sending you a letter about a car that was
17     returned on August 9th and that they not be
18     talking about the Ritzes; right?
19 A   Yes.
20 Q   Don't you think that whoever processed that
21     first SR should have just processed that first
22     SR and sent the AUD?
23 A   Yes, but it's part of their process to
24     double-check to make sure that everything is
25     accurate.

Page 102

1  Q  But they didn't double-check.
2  A  Well, they did.  They showed that it was
3     inaccurate, like the VIN number is wrong.
4  Q  An obvious typo is wrong?
5        MR. SIMOES:  Objection as to form.
6  A  It's a typo, yes.
7  Q  An obvious one in the context of the letter;
8     right?
9        MR. SIMOES:  Objection as to form.
10 A  It is a lower risk that it is something else
11    other than that vehicle, yes.
12 Q  Was there any risk that it was anything other
13    than the Ritzes' vehicle?
14 A  Yes.
15 Q  Reading the letter as a whole, do you think
16    there's any risk there?
17 A  No.
18 Q  Do you know that Nissan received and responded
19    to 14 ACDVs before you sent your AUV?
20 A  No.
21 Q  Do you know that in those 14 ACVDs that they
22    responded to, that each and every time they
23    verified that payment was late?
24 A  No.
25 Q  The SRs were directed to CBM; right?