# EXHIBIT 20

**<u>Certification of Guerino Cento in Support of Plaintiffs' Brief in Opposition to Defendant's Motion for Summary Judgment</u>**

Activities

| Created | Comments | Emp Last Name | Emp First Name | ANI | Type | Sub-Type | Created By | Last Name | Complaint # | Complaint Status | Phone | Email | Letter | Other | First Name | Remove From Campaign | Reason Type | Other Caller | Call Transf By | Dialer Campaign Name | Payment Amount | Confirmation# | Payment Created Date | Repo Opened Date |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 3/27/2020 07:15:33 PM | Contact Information Verified by Customer | Admin | WPS | | Portal | Note | WPSADM | RITZ | | | | | | | MICHAEL | | | | | | | | | |
| 3/27/2020 07:14:42 PM | Your Password has been reset | Admin | WPS | | Portal | Email | WPSADM | RITZ | | | | | | | ANDREW | | | | | | | | | |
| 1/17/2020 12:18:07 PM | 25007889347 REC ACDV CST DSPT DC-106 DISPUTES PRESENT/PREVIOUS ACCOUNT STATUS/PAYMENT RATING/ACCOUNT HISTORY; DC-110 CLAIMS COMPANY WILL CHANGE... A/C UPDT W/CRB CLSD,13 PIF, X30.. O-05/10/17.. C-10/08/19... BAL-0.00.. BC:FULL TERMINATION/ OBLIGATION SATISFIED. ...SC-TRANSUNION.. CCC XH: ACCOUNT PREVIOUSLY IN DISPUTE INVESTIGATION COMPLETED, REPORTED BY DATA FURNISHER...ACCT STATUS VERIFIED IN 3.21 LEASEMASTER, LAST PMT AND PMT HISTORY IN SIEBEL TRANS HISTORY AND COMPLETE ID IN SIEBEL CONTACTS TAB, SSN AND DOB FROM GLOBAL 360..IMG ATTACHED IN E-OSCAR..RD/CMB | Rodriguez Diaz | Ricardo Alejandro | | Dispute | ACDV Investigation | X322487 | | | | | | | | | | | | | | | | | |
| 1/7/2020 03:18:53 PM | LESSEE DISPUTING CREDIT REPORTING BECAUSE VEHICLE WAS GROUNDED LATE  RESPONSE SNT.. NMAC received a lease signed by Andrew Ritz on May 9, 2017 for 24 payments, with a maturity date of May 9, 2019. On April 30, 2019, NMAC received and processed a 3 month end of lease extension on the account, extending the maturity date to August 9, 2019.On September 27, 2019, NMAC received notice that the vehicle arrived at Freehold Nissan on September 20, 2019. NMAC's records show that it received a letter from Freehold Nissan stating that the vehicle was returned on August 9, 2019, and they were late in grounding the vehicle.On January 6, 2019 NMAC submitted an update to the credit bureaus to remove the 1x30 for the September 2019 payment. We regret any frustration or inconvenience you may have experienced. | Davis | Glea | | Complaint | Written Complaint | DAVISG3 | | 1-153236895734 | Closed | | | | | | | | | | | | | | |
| 1/6/2020 08:26:53 AM | 25007889347..RCVD SR ACCOUNT STATUS INACCURATE..REVIEWED TRANS HIST..ADJUSTED MAINFRAME - REMOVED 1X30(08/09/19) PER MANAGER APPROVAL TANYA MESSMER..SUBMITTED AUD REQUEST TO CBR FOR PAID CLOSED 0X30...ATTACHED IMAGES.. JMERCADO/CBM | Mercardo | Jose | | Dispute | AUD Investigation | X204162 | | | | | | | | | | | | | | | | | |
| 1/3/2020 07:43:40 AM | 25007889347 RCVD SR DELINQUENCY/PAY HISTORY..SAME LETTER ATTACHED WITH WRONG VIN# AND MUST BE SIGNED BY A REPRESENTATIVE OF THE | Mercardo | Jose | | Dispute | Credit Investigation | X204162 | | | | | | | | | | | | | | | | | |

| Date | Note | Last Name | First Name | | Type | Subtype | ID |
|---|---|---|---|---|---|---|---|
| | DEALER WITH TITLE OR POSITION IN THE COMPANY TYPED..PLEASE REQUEST CORRECT LETTER..JMERCADO/CBM | | | | | | |
| 1/2/2020 11:05:00 AM | I approve removal of 1x30 delinquency due to the previous Service Request shows letter from dealer....vin# is only 1 digit off due to type by dealer....tm | Messmer | Tanya | | Note | Note | MESSMT2 |
| 12/19/2019 10:55:16 AM | 25007889347…RCVD WRITTEN DISPUTE ACCT STATUS INACCURATE…REVIEWED ACCT/REQUEST…RECORDS INDICATES THAT NMAC PREV RESPONDED TO CST DISPUTE…NO NEW INFO/DOCUMENTATION PROVIDED BY CST…NO CHANGE TO ACCT…SENT PREV RESPONSE LTR W/ PREV CORRESPONDENCE…ATTACHED IMAGES…FV/CBM | Valdes | Francisco | | Dispute | Credit Investigation | X287386 |
| 11/14/2019 01:34:56 PM | 25007889347 REC ACDV CST DSPT DC-112 CONSUMER STATES INACCURATE INFORMATION... A/C UPDT W/CRB CLSD,13 PIF, 1X30(08/09/19).. O-05/10/17.. C-10/08/19.. BAL-0.00.. BC:FULL TERMINATION/ OBLIGATION SATISFIED. ...SC- EQUIFAX.. CCC XC: COMPLETED INVESTIGATION OF FCRA DISPUTE - CONSUMER DISAGREES...VERIFIED ACCT STATUS IN SIEBEL CONTACTS TAB...VERIFIED LAST PAYMENT IN TRANS HIST, VERIFIED LEASEMASTER 3.21, SSN AND DOB FROM GLOBAL 360...ATTCH IMGS ACDV ..TR/CBM | Rodriguez | Tonanzin | | Dispute | ACDV Investigation | X023210 |
| 11/14/2019 01:26:37 PM | 25007889347 REC ACDV CST DSPT DC-106 DISPUTES PRESENT/PREVIOUS ACCOUNT STATUS/PAYMENT RATING/ACCOUNT HISTORY... A/C UPDT W/CRB CLSD,13 PIF, 1X30(08/09/19).. O-05/10/17.. C-10/08/19.. BAL-0.00.. BC:FULL TERMINATION/ OBLIGATION SATISFIED. ...SC-TRANSUNION.. CCC XC: COMPLETED INVESTIGATION OF FCRA DISPUTE - CONSUMER DISAGREES...VERIFIED ACCT STATUS IN SIEBEL CONTACTS TAB...VERIFIED LAST PAYMENT IN TRANS HIST, VERIFIED LEASEMASTER 3.21, SSN AND DOB FROM GLOBAL 360...ATTCH IMGS ACDV ..TR/CBM | Rodriguez | Tonanzin | | Dispute | ACDV Investigation | X023210 |
| 11/8/2019 02:23:04 PM | 0025007889347 REC ACDV CST DSPT DC-112 CONSUMER STATES INACCURATE INFORMATION... A/C UPDT W/CRB CLSD,13 PIF, 1X30(08/09/19)O-05-10-2017.. C-10-08-2019.. BAL-0.00.. BC:FULL TERMINATION/ OBLIGATION SATISFIED. ...SC- EXPERIAN.. CCC XC: COMPLETED INVESTIGATION OF FCRA DISPUTE - CONSUMER DISAGREES..VERIFIED CUSTOMER INFORMATION IN SIEBEL CONTACTS TAB, TRANS HISTORY TAB//SSN VERIFIED FROM GLOBAL 360.....VERIFIED RECAP FROM EXCEL(DID IT MANUALLY)....ATTACHED IMAGES OF ACDV....IMAGES ATTACHED FROM MAINFRAME SYSTEMS...ATTACHED E-OSCAR IMAGES...GZ/CMB | Zamarripa Alvarez | Gabriela Liliana | | Dispute | ACDV Investigation | X337916 |