# EXHIBIT 18

**Certification of Guerino Cento in Support of Plaintiffs' Brief in Opposition to Defendant's Motion for Summary Judgment**

# Filed Under Seal