# LINDABURY
## McCORMICK, ESTABROOK & COOPER, P.C.
### Attorneys at Law

Steven L. Fox, Esq., Partner
Certified by the NJ Supreme Court
as a Civil Trial Attorney
Admitted to NJ, NY and DC Bars

Email: sfox@lindabury.com
Telephone: 732-741-7777 ext. 4207

October 4, 2022

***Via Electronic Filing***
Clerk, United States District Court
District of New Jersey
Clarkson S. Fisher Building and US Courthouse
402 East State Street
Trenton, NJ 08608

    **Re: Andrew Ritz and Michael Ritz vs. Nissan-Infiniti, LT, et al.**
       **Civil Action No. 3:20-cv-13509**

Dear Sir/Madam:

  Please be advised that this office represents the Defendant, Nissan Motor Acceptance Corporation (hereinafter referred to as "**NMAC**"), improperly pled as Nissan-Infiniti, LT in the above matter.

  In accordance with the Order referenced in a letter dated June 14, 2022, NMAC's reply papers to Plaintiffs' opposition to NMAC's motion for summary judgment are due on or before October 15, 2022.

  I write this letter since NMAC's filing of its summary judgment motion reflected a return date of October 3, 2022.

  Should the Court have any questions, please do not hesitate to contact counsel. I thank you in advance for your anticipated cooperation.

            Respectfully submitted,
            **Lindabury, McCormick, Estabrook & Cooper, P.C.**

            Steven L. Fox, Esq.

SLF/jc
cc: All Counsel of Record (*via ECF*)
   Client (*via email*)