**LINDABURY, MCCORMICK, ESTABROOK & COOPER**
53 Cardinal Drive
P.O. Box 2369
Westfield, N.J. 07091
(908) 233-6800
**Attorneys For Defendant Nissan Motor Acceptance Corporation**
SLF-0274

## UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF NEW JERSEY

| | |
|---|---|
| **ANDREW RITZ AND MICHAEL RITZ,** : | |
| : | Case No. 3:20-cv-13509 |
| **Plaintiffs,** : | |
| : | |
| v. : | |
| : | **CERTIFICATION OF** |
| **NISSAN-INFINITI LT; TRANS UNION, LLC;** : | **STEVEN L. FOX, ESQ. IN** |
| **EQUIFAX INFORMATION SERVICES, LLC;** : | **REPLY TO PLAINTIFFS'** |
| and **EXPERIAN INFORMATION SOLUTIONS,** : | **OPPOSITION TO NISSAN MOTOR** |
| **INC.,** : | **ACCEPTANCE COMPANY, LLC'S** |
| : | **MOTION FOR** |
| : | **SUMMARY JUDGMENT** |
| **Defendants.** : | |

**I, STEVEN L. FOX, ESQ.**, of full age, does hereby certify that:

1. I am an attorney at law in the State of New Jersey and a partner in the law firm of Lindabury, McCormick, Estabrook & Cooper, P.C., counsel for Defendant Nissan Motor Acceptance Company, LLC f/k/a Nissan Motor Acceptance Corporation (hereinafter referred to as "**NMAC**") improperly pled as Nisan-Infiniti, LT in the above captioned matter. I make this Certification on personal knowledge derived by me as counsel for NMAC.

2. I attach hereto as **Exhibit "A"** a true copy of the deposition transcript of Allison Edmond dated August 2, 2021, referred to in the accompanying reply brief.

3. I attach hereto as **Exhibit "B"** a true copy of the Notice of 30(b)(6) Deposition to Nissan Duces Tecum served January 25, 2022.

4. I attach hereto as **Exhibit "C"** a true copy of the deposition transcript of Deborah Donley dated January 28, 2022, referred to in the accompanying reply brief.

5. I attach hereto as **Exhibit "D"** a true copy of the case cited in NMAC's reply brief of Johnson v. Sheffield Financial, 2020 WL 3546900.

6. I attach hereto as **Exhibit "E"** a true copy of the case cited in NMAC's reply brief of Mohnkern v. Equifax Information Services, LLC, 2021 WL 5239902.

7. I attach hereto as **Exhibit "F"** a true copy of the appellate brief of amicus curiae Chamber of Commerce, et al. in Milgram v. Chase Bank USA, N.A., 2022 WL 5240547.

8. I make this Certification in reply to Plaintiffs' opposition to NMAC's motion for summary judgment seeking dismissal of the Complaint with prejudice as against NMAC.

I certify that the foregoing statements made by me are true. I am aware that if any of my statements are willfully false that I am subject to punishment by this Court.

Steven L. Fox, Esq.

Dated: October 17, 2022