# Exhibit A

Page 1

```
 1              UNITED STATES DISTRICT COURT
                  DISTRICT OF NEW JERSEY
 2                    TRENTON DIVISION
 3             Case No. 3:20-cv-13509-FLW-DEA
 4
        ANDREW RITZ AND MICHAEL RITZ,       )
 5                                          )
                    Plaintiffs,             )
 6                                          )
                       -vs-                 )
 7                                          )
        NISSAN-INFINITI LT; TRANS           )
 8      UNION, LLC; EQUIFAX                 )
        INFORMATION SERVICES, LLC; and      )
 9      EXPERIAN INFORMATION SOLUTIONS,     )
        INC.,                               )
10                                          )
                    Defendants.             )
11
12
13              DEPOSITION OF ALLISON EDMOND
14        The deposition upon oral examination of
          ALLISON EDMOND, a witness produced and sworn before
15        me, Craig Williams, RPR, CMRS, a Notary Public in
          and for the County of Marion, State of Indiana,
16        taken on behalf of the Plaintiffs, via remote Zoom
          videoconference, on the 2nd day of August 2021,
17        scheduled to start at 9:00 a.m., pursuant to the
          Federal Rules of Civil Procedure with written
18        notice as to time and place thereof.
19
20
21
22
23
24
25
```

| | | |
|---|---|---|
| 1 | | It's my job to analyze whatever facts have |
| 2 | | been presented to me by a contracted party and |
| 3 | | then forward that on to that specific department |
| 4 | | in Account Services to rereview it, fully |
| 5 | | investigate it, and handle it as they see fit |
| 6 | | after their investigation. |
| 7 | Q | I'm just going to ask this one more time just to |
| 8 | | see if I can get an answer for this. So you |
| 9 | | just again told me what you do. My question |
| 10 | | isn't about what you do. My question is about |
| 11 | | how you decide, having done those things that |
| 12 | | you do, whether something is accurate. How do |
| 13 | | you come to know whether it is or it isn't? |
| 14 | | MR. SIMOES: Objection as to form. |
| 15 | Q | Not what do you do. After having looked at |
| 16 | | having that you did, looked at all the |
| 17 | | documents, looked at facts, what measure are you |
| 18 | | using, what standard are you using to say this |
| 19 | | is accurate, this is not accurate? |
| 20 | | MR. SIMOES: Objection as to form. |
| 21 | A | All I can do is surmise from what I've reviewed |
| 22 | | at the facts at hand. And that's why I forward |
| 23 | | it to a department that has specifically been |
| 24 | | trained to investigate and analyze any type of |
| 25 | | credit bureau credit reporting data to handle |