# Exhibit C

# In the Matter Of:

## *ANDREW RITZ & MICHAEL RITZ*

-v-

## *NISSAN-INFINITI LT, TRANS UNION, LLC, ET AL.*

### Deborah Donley, 30(b)(6)

*January 28, 2022*

# StewartRichardson
## DEPOSITION SERVICES

800 859 0873 | www.StewartRichardson.com

*Reporting Drive  Excellence — Since 1975*

INDIANAPOLIS | CARMEL | EVANSVILLE | FORT WAYNE | SOUTH BEND | VALPARAISO

30(b)(6)

```
1   EXAMINATION
2   QUESTIONS BY MR. FOX
3   Q  Ms. Donley, I have some follow-up questions.
4   A  Okay.
5   Q  And while at this deposition, since it was --
6      Mr. Cento's deposition, I am entitled to ask you
7      cross exam- -- questions in a cross examination
8      manner.  I'm not here to beat you up.  All right.
9           MR. FOX:  And again, just for the record,
10     Mr. Cento, I do object and unless it's a court
11     order, I don't believe we're going to produce
12     another witness again.  Maybe you won't need to
13     after you get the rest of the documents.
14  Q  I'm going to try to work my way backwards.  In the
15     Deposition Notice, which I believe was marked as
16     Document 8?
17  A  8?
18  Q  Let me try to pull it up.  Okay.  Let me try to
19     pull it up.  No.  The Deposition Notice --
20          MR. CENTO:  11.
21  Q  -- is Document 11.  Okay?
22  A  Uh-huh.
23  Q  No. 29, you were asked that you should be prepared
24     to testify regarding whether Tanya Messmer received
25     any sort of reprimand or corrective action for her
```

1    override. Do you remember being asked that?
2  A  Yes.
3  Q  Okay. Are you aware as to whether Ms. Messmer was
4    deposed already in this matter?
5  A  No.
6  Q  Okay. Well, if I told you Ms. Messmer was deposed
7    already, are you aware of any prohibition for
8    Mr. Cento to ask Ms. Messmer herself whether she
9    received a reprimand or a corrective action?
10 A  No.
11 Q  Okay. I believe there's been a lot of language
12   used in this case, industry language. Okay. For
13   example, grounding has been used numerous times.
14   Okay. Can you tell me what do you mean -- or
15   what's the process? Can you tell me what the
16   process is for grounding?
17 A  So when a -- a lease is -- a leased vehicle is
18   turned in, it has to be properly grounded with the
19   dealership in order for it to be taken back into
20   inventory. And when that happens, then the unit is
21   terminated. It gets a term type associated to the
22   account so that it stops any initial invoices from
23   continuing to occur on the consumer's account. And
24   then that indicates it rolls into our vehicle
25   remarketing system. So then we are aware that we

30(b)(6)

|    |   |                                                      |
|----|---|------------------------------------------------------|
| 1  |   | have a unit at a dealership that we need to pick up  |
| 2  |   | so that we can go ahead and take it to the auction   |
| 3  |   | to sell it if the dealership did not purchase it     |
| 4  |   | for their inventory.                                 |
| 5  | Q | Okay.  All right.  Now, in order for a vehicle to    |
| 6  |   | be grounded, is it necessary for an odometer's       |
| 7  |   | statement to be signed by the lessee?                |
| 8  | A | Yes, it is.  It's a federal document that we have    |
| 9  |   | to have on file.                                     |
| 10 | Q | Oh, it's required by federal law?                    |
| 11 | A | Uh-huh.                                              |
| 12 | Q | I'm sorry.  Yes?  You have to say yes.               |
| 13 | A | Yes.  Sorry.  Yes.                                   |
| 14 | Q | Okay.  All right.  So it's a federal law that an     |
| 15 |   | odometer statement is signed by the lessee in order  |
| 16 |   | for it to be grounded?                               |
| 17 | A | That is correct.                                     |
| 18 | Q | Okay.  All right.  Grounding -- grounded or          |
| 19 |   | grounding, is that a term or a word used within the  |
| 20 |   | industry?                                            |
| 21 | A | Yes.                                                 |
| 22 | Q | Okay.  Now, in order for a car to be returned, does  |
| 23 |   | it have to be grounded?                              |
| 24 | A | It has to be -- a leased vehicle has to be           |
| 25 |   | grounded.                                            |

30(b)(6)

```
 1  Q  A leased vehicle has to be grounded in order for
 2     the lease to be terminated; is that correct?
 3  A  That is correct.
 4  Q  And in order to ground the vehicle, an odometer
 5     statement has to be signed by the lessee; is that
 6     correct?
 7  A  That is correct.
 8  Q  And that's under federal law, right?
 9  A  Yes.
10  Q  And based on your review of this file on
11     August 9th, did the Ritzes sign an odometer
12     statement?
13  A  No, they did not.
14  Q  Okay.  So therefore Nissan could not ground the
15     vehicle, right?
16  A  Correct.
17  Q  And therefore the vehicle was not, as we use the
18     word loosely, returned?
19  A  Correct.
20  Q  Is that fair?
21        Okay.  Now you were asked also, the Ritzes, as
22     the lessee in this matter -- the Ritzes'
23     obligation, okay, under this lease.  And you
24     testified earlier that the only obligation they had
25     was to return this vehicle.  Do you remember saying
```

```
 1        that?
 2   A    Yes.
 3   Q    Okay.  Can you look at Document No. 12, and it's
 4        the lease, and the paragraph 12 that we've referred
 5        to numerous times?
 6   A    Okay.
 7   Q    Okay.  And can you read the second sentence of
 8        paragraph 12 -- well, you know what, read the first
 9        and second sentence.
10   A    "When your Lease terminates, whether early or
11        scheduled, you will return the Vehicle to a Nissan
12        dealer or other location we specify.  You will
13        complete a statement of this Vehicle's mileage at
14        termination as required by federal law."
15   Q    Okay.  Now, that statement itself, does it say you
16        may complete or does it -- do you read it as you
17        will complete?
18   A    You will complete.
19   Q    Okay.  Is your understanding that's mandatory as
20        opposed to discretionary?
21   A    Correct.
22   Q    And to complete a statement of the mileage, it says
23        by -- required by federal law.  Is that -- to your
24        knowledge, is that really required by federal law?
25   A    Yes, it is.
```

30(b)(6)

| | | |
|---|---|---|
| 1 | Q | Okay. So this lease, which has been referred to as |
| 2 | | a contract between the Ritzes and Nissan, okay, |
| 3 | | "You will complete a statement of this Vehicle's |
| 4 | | mileage at termination as required by federal law," |
| 5 | | is it your understanding that's an obligation also |
| 6 | | by the Ritzes under this lease? |
| 7 | A | Yes. |
| 8 | Q | Okay. So under this lease, it's not just an |
| 9 | | obligation to return the vehicle, Ritz also had an |
| 10 | | obligation to sign an odometer statement, so to |
| 11 | | speak, isn't that right? |
| 12 | A | Yes. |
| 13 | Q | And they didn't, did they, in August -- on |
| 14 | | August 9th of 2019? |
| 15 | A | That's correct. |
| 16 | Q | Okay. So based on that sentence, the Ritzes did |
| 17 | | not comply with their obligations under this lease |
| 18 | | when they were terminating the lease or returning |
| 19 | | the lease; is that fair to say? |
| 20 | A | Correct, correct. |
| 21 | Q | Okay. Now, the statement you just read, "You will |
| 22 | | complete a statement of this Vehicle's mileage at |
| 23 | | termination as required by federal law, okay, if we |
| 24 | | can go to page 1 of this Document 12, which says |
| 25 | | Ritz - Lease Terms. |

```
 1   A   Okay.
 2   Q   And this is a summary of the terms, which I don't
 3       know if Mr. Cento said he prepared or his office
 4       prepared, but it's a summary.  This is not the
 5       lease itself.  The second entry, it says, quote,
 6       "When your lease terminates...you will return the
 7       Vehicle to a Nissan dealer...," end of quote.  Do
 8       you see that?
 9   A   Yes.
10   Q   That does not include the fact that the Ritzes have
11       an obligation to sign an odometer statement, does
12       it?
13   A   No.
14   Q   Okay.  So content-wise, would you agree that that
15       entry is not accurate?
16   A   Correct.
17   Q   Okay.  And this is not a document that Nissan
18       prepared; is that fair to say?
19   A   Correct.
20   Q   Okay.  Now, there's been some discussions regarding
21       when the Ritzes had possession or did not have
22       possession of the vehicle.  Okay.  If August 30th
23       of 2019 the Ritzes gave possession of the vehicle
24       to John Doe, so they no longer had possession of
25       the vehicle, but they had not signed the odometer
```

```
 1      statement, okay, would Nissan still take the
 2      position that they were still in possession of the
 3      vehicle even though they physically weren't in
 4      possession?
 5   A  Yes.
 6   Q  Okay.  So the obliga- -- that's a -- strike that.
 7         In the lease, going back to paragraph 12 that
 8      we've talked about, okay, knowing you're not a
 9      lease expert, but the sentence "You will complete a
10      statement of this Vehicle mileage at termination as
11      required by federal law," is that a very
12      significant statement and term in this lease?
13   A  Yes, it is.
14   Q  And that -- and based on your department and what
15      you do, okay, with credit disputes, okay, is that a
16      triggering mechanism?  The odometer statement
17      signed by the lessee, is that a trigger mechanism
18      in order to terminate a lease?
19   A  Yes, it is.
20   Q  And unless -- and unless your department or unless
21      Nissan receives that odometer statement, by federal
22      law can they terminate the lease?
23   A  No.
24   Q  So is it fair to say that -- is it fair to say that
25      the end of August -- well, strike that.  Is it fair
```

30(b)(6)

```
 1       to say that on August 9th when the Ritzes no longer
 2       had physical possession -- well, strike that.
 3            Do you know when it's alleged that the Ritzes
 4       no longer had physical possession of this vehicle?
 5   A   I only know of when I read the notes on the
 6       accounts and that the customer called in and
 7       advised us that he left the vehicle at the
 8       dealership.
 9   Q   On August 9th, right?
10   A   On August 9th, uh-huh.
11   Q   Okay. Assuming that's true -- so on August 9th,
12       2019, assuming it's true that the customer, the
13       Ritzes, left the vehicle physically with Freehold
14       Nissan, if Nissan Infiniti LT terminated the lease
15       without the odometer statement, would they be
16       violating federal law?
17   A   Yes.
18   Q   Are you aware of shortly before the lease is due to
19       terminate that a lessee receives a letter or a
20       package instructing the lessee the procedures
21       needed to turn in the lease?
22   A   Yes.
23   Q   Okay. What is your knowledge about that?
24   A   I'm aware that the lessee receives documentation
25       60 days prior to lease maturity.
```

```
 1  Q  Okay.  And do you know if the documentation
 2     includes the requirement that a -- I guess that the
 3     turn in has to be scheduled so certain paperwork
 4     and inspections can be performed?
 5  A  I'm not -- I'm not a hundred percent certain what
 6     it all includes.
 7  Q  Okay.  Now, Nissan-Infiniti LT is not Nissan
 8     Freehold, correct?
 9  A  Correct.
10  Q  Okay.  And Nissan-Infinity LT has to comply with
11     federal law and state law, correct?
12  A  Correct.
13  Q  And federal law requires the odometer statement to
14     be signed by the lessee, as you've said, correct?
15  A  Correct.
16  Q  August 9th Nissan-Infinity LT did not have that
17     signed odometer statement, right?
18  A  Correct.
19  Q  And had no knowledge that it was signed, correct?
20  A  Correct.
21  Q  Okay.  And when the odometer statement is signed by
22     a lessee like Ritz in this case, how would
23     Nissan-Infinity LT be notified or receive a copy of
24     the odometer statement?  What would happen?
25  A  It comes over via electronic through our RPM
```

```
 1        system.
 2    Q   From whom?
 3    A   From the dealership.
 4    Q   Okay.  And Nissan-Infinity LT never received that,
 5        did they, on August 9th?
 6    A   No.
 7    Q   Okay.  Did they receive it -- well, strike that.
 8            Do you know when they received it if at all?
 9    A   I do not know exactly when we received it.
10        According to my investigation, it appears we
11        received it on 9-20.
12    Q   Okay.  And that was after the Ritzes were charged,
13        let's say a lease payment, because they still
14        technically under federal law still had the
15        vehicle, correct?
16    A   Correct.
17    Q   Okay.  Paragraph 12, if we can go back to that
18        again.  Sorry to go back to that.
19    A   Okay.
20    Q   "You will complete a statement of this Vehicle's
21        mileage at termination as required by federal law,"
22        is that an obligation of Nissan-Infinity LT?
23    A   That's actually an obligation of the -- that is
24        required by Nissan.
25    Q   Right.  But is that --
```

30(b)(6)

```
1   A   Uh-huh.
2   Q   Who's obligated to complete this statement, the
3       odometer statement?
4   A   The dealership.
5   Q   Nissan?
6   A   The dealership.
7   Q   Right, the dealership.  And the dealership is
8       obligated to provide that, obviously, to
9       Nissan-Infinity LT.  But in conjunction -- well,
10      put it this way.  The odometer statement, who signs
11      that, if you're aware?  Do you know who signs that?
12  A   The consumer and the dealership sign it.
13  Q   Okay.  So that's an issue between Nissan Freehold
14      and the Ritzes, correct?
15  A   Correct.
16  Q   Okay.  Because there was some issue brought up
17      during your direct exam of this deposition that
18      that's an obligation between Nissan-Infinity LT and
19      -- well, not that.  Strike that.  Strike that.
20      Never mind.
21          But the obligation to sign and provide the
22      odometer statement is between the dealership and
23      the consumer; is that right?
24  A   Correct.
25  Q   Okay.  And under federal law, the lease cannot be
```

30(b)(6)

```
1         terminated without that odometer statement signed
2         by the dealership and the consumer; is that
3         correct?
4    A    Correct.
5              MR. FOX:  I don't think I have anything
6         further.  Thank you, Ms. Donley.
7              THE WITNESS:  Okay.
8              MR. CENTO:  Okay.  Thank you.
9              COURT REPORTER:  Okay.  Just a couple things:
10        I just wanted to confirm.  We did refer to
11        Documents 4, 11, 12 and 13.  Did you intend for
12        those to be marked as exhibits?
13             (Mr. Cento shakes head negatively.)
14             COURT REPORTER:  No?  Okay.
15             MR. FOX:  Let me ask a question.  Were any of
16        these things marked as exhibits?
17             MR. CENTO:  No.
18             MR. FOX:  I brought that up before and -- no?
19             MR. CENTO:  No.
20             MR. FOX:  Okay.  So there's no exhibits then.
21        Okay.
22             COURT REPORTER:  Okay.  That's fine.  All
23        right.  This concludes the deposition of
24        Deborah Donley.  We are off the record at 2:09 p.m.
25        Eastern Standard Time.  Thank you very much.
```