

# LINDABURY
## McCormick, Estabrook & Cooper, P.C.
Attorneys at Law

Steven L. Fox, Esq., Partner
Certified by the NJ Supreme Court
as a Civil Trial Attorney
Admitted to NJ, NY and DC Bars

Email: sfox@lindabury.com
Telephone: 732-741-7777 ext. 4207

October 17, 2022

***Via Electronic Filing and Lawyers Service***
Hon. Georgette Castner, U.S.D.J.
United States District Court
District of New Jersey
Clarkson S. Fisher Building and US Courthouse
402 East State Street
Trenton, NJ 08608

**Re: Andrew Ritz and Michael Ritz vs. Nissan-Infiniti, LT, et al.
Civil Action No. 3:20-cv-13509**

Dear Judge Castner:

Please be advised that this office represents the Defendant, Nissan Motor Acceptance Company, LLC f/k/a Nissan Motor Acceptance Corporation (hereinafter referred to as "**NMAC**"), improperly pled as Nissan-Infiniti, LT in the above matter.

Enclosed herein please find a courtesy copy of the following documents which were electronically filed with the Court in reply to Plaintiffs' opposition to NMAC's motion for summary judgment:

1. NMAC's Response to Plaintiffs' Supplemental Statement of Disputed Material Facts;

2. Certification of Steven L. Fox, Esq. in reply; and

3. Reply Brief

I thank Your Honor for your anticipated courtesy and consideration.

Respectfully submitted,
Lindabury, McCormick, Estabrook & Cooper, P.C.

Steven L. Fox, Esq.

SLF/jc
Encs.
cc: Guerino Cento, Esq. (*via efiling*)
Client (via email)

www.lindabury.com
3483194v1
53 CARDINAL DRIVE | P.O. BOX 2369 | WESTFIELD, NJ 07091-2369 | (908) 233-6800 | FAX (908) 233-5078
NEW JERSEY | NEW YORK | PENNSYLVANIA