United States District Court
District of New Jersey
Trenton Division

**Andrew Ritz** and **Michael Ritz**,

Plaintiffs,

v.

**Nissan-Infiniti LT**; **Trans Union, LLC**; **Equifax Information Services, LLC**; and **Experian Information Solutions, Inc.**,

Defendants.

Case No. 20-13509 (GC)(DEA)

## Notice Regarding Plaintiffs' Summary Judgment Exhibits 13, 18 and 21

Per the Court's Order, dated November 14, 2022, (ECF No. 72), Plaintiffs' counsel conferred with Defendant Nissan's counsel regarding submission of a joint motion to file Plaintiffs' Summary Judgment Exhibits 13, 18, and 21 (ECF Nos. 67-16, 67-21, 67-24) under seal. As a result of those discussions, Nissan has agreed that Exhibits 13, 18, and 21 do not need to be filed under seal. Accordingly, the Parties no longer seek to file Exhibits 13, 18, and 21 under seal and Plaintiffs will file the Exhibits as public submissions contemporaneously with the filing of this Notice.

|  | Respectfully submitted, |
|  | |
|  | */s/Jacob M. Polakoff* |
|  | Jacob M. Polakoff, Bar No. 035832006 |
|  | BERGER MONTAGUE PC |
|  | 1818 Market Street, Suite 3600 |
|  | Philadelphia, PA 19103 |
|  | Tel.: (215) 875-3000 |
|  | Fax: (215) 875-4604 |
|  | Email: jpolakoff@bm.net |
|  | |
|  | */s/Guerino Cento* |
|  | Guerino Cento |
|  | CENTO LAW |
|  | 5666 Carrollton Avenue |
|  | Indianapolis, Indiana 46220 |
|  | (317) 908-0678 |
|  | cento@centolaw.com |
|  | |
|  | *Counsel for Plaintiffs Andrew Ritz and Michael Ritz* |

## Certificate of Service

I hereby certify that the foregoing was served to all parties via ECF on November 21, 2022.

/s/Jacob M. Polakoff
Jacob M. Polakoff