# EXHIBIT 13

**Certification of Guerino Cento in Support of Plaintiffs' Brief in Opposition to Defendant's Motion for Summary Judgment**

1-103199338422



Page 1

Nissan Confidential C

1-103199338422



Nissan Confidential C

1-103199338422



Nissan Confidential C

1-103199338422



Nissan Confidential C

1-103199338422



**Freehold Nissan New Jersey LLC**
**d.b.a. FREEHOLD NISSAN**

4041 US Hwy 9 North
Freehold, New Jersey 07728

Phone: (732) 780-3600
Website: www.freeholdnissan.com

September 24, 2019

NMAC

RE: 2017 Nissan Sentra Vin#391AB7AP1HY273133

To whom it may concern:

This vehicle was dropped off to our dealership on 8.9.19, The Customer wanted it to be grounded and turned in but didn't want to follow procedure and abandoned the Vehicle at 4041 RT 9 in Freehold NJ.

The odometer was 32,500 miles at the time the car was left.

Best Regards,

Freehold Nissan of NJ LLC

Nissan Confidential C

1-103199338422



Nissan Confidential C

**1-103199338422**



Nissan Confidential C

**1-103199338422**



Nissan Confidential C

1-103199338422



Nissan Confidential C