# EXHIBIT 18

**<u>Certification of Guerino Cento in Support of
Plaintiffs' Brief in Opposition to Defendant's
Motion for Summary Judgment</u>**

**1-107188222503**



Nissan Confidential C

**1-107188222503**



Nissan Confidential C

**1-107188222503**



Nissan Confidential C

**1-107188222503**



Nissan Confidential C

**1-107188222503**

Oct 08 19.01:59p          Ritz                              732-294-8625          p.1

Automated Assistant (10/8/2019, 12:09:19 PM): Thank you for contacting Nissan Motor Acceptance Corporation. I am the NMAC
Automated Assistant. This chat may be saved or monitored for quality assurance purposes.
Automated Assistant (10/8/2019, 12:09:20 PM): Before we begin, I need to provide you this disclosure:
Automated Assistant (10/8/2019, 12:09:21 PM): This is an attempt to collect a debt. Any information obtained will be used for that
purpose.
Automated Assistant (10/8/2019, 12:09:22 PM): I see your account had a payment of $190.59 due on Sep 25, 2019. Are you
chatting to report a payment that you have already made or plan to make in the next 7 days?
Bot (10/8/2019, 12:09:24 PM): Menu Options:
          Yes, I'd like to report a payment
          No, I'd like to speak with an agent
Me (10/8/2019, 12:09:26 PM): No, I'd like to speak with an agent
Automated Assistant (10/8/2019, 12:09:28 PM): Let me connect you to an agent for additional help. Just a moment while I
transfer you
Nancy (10/8/2019, 12:09:30 PM): Thank you for contacting Nissan Motor Acceptance Corporation. This chat may be saved or
monitored for quality assurance purposes. My Name is Nancy. How may I assist you today?
Nancy (10/8/2019, 12:11:57 PM): I hope I did not lose you. If I do not hear back from you within the next 2 minutes, this chat will
be automatically disconnected to protect your privacy.
Me (10/8/2019, 12:12:08 PM): Hello Nancy. Prev chat with Nicholas then Lisa timed out inactivity.
Nancy (10/8/2019, 12:12:27 PM): Hello. May I have your first and last name?
Me (10/8/2019, 12:12:37 PM): Andrew Ritz
Nancy (10/8/2019, 12:12:52 PM): Thank you, I do apologize I do not have access to view this information. You would need to call
in and speak with our Lease Customer Network Department at 866-414-7188. They will be the best department to resolve your
issue or any questions that you may have.
Me (10/8/2019, 12:13:31 PM): May I have a fax number please?
Me (10/8/2019, 12:13:41 PM): I recently sent my check #1889, drawn Santander Bank, NA, in amount USD430.25 for the NET
LIABILITY amount shown on the lease-end liability statement. It was sent certified mail and received at Nissan Motor Acceptance
Corp, PO Box 660577, Dallas, TX  75266-0577 at 4:55am on 10-03-2019. It has not yet been deposited. The due date for this
payment is Saturday, 10-12-2019. If at all possible, I would like to see it clear my checking account before the due date.
Nancy (10/8/2019, 12:13:48 PM): They will be able to provide their Fax number when you contact them.
Me (10/8/2019, 12:14:12 PM): Alright thanks.
Nancy (10/8/2019, 12:14:17 PM): You're welcome.

FAX TO: NMAC                          PAGE 1 OF 16 TOTAL PAGES
ATTN: ANNA AT 972-607-8973    OCT 08, 2019    FROM: ANDREW RITZ
                                                              LEASE ACCOUNT
PLEASE REVIEW THE ATTACHED!                          *2500 7889 347

(1) END-OF-LEASE LIABILITY STMT. REMITTANCE CHECK NOT
        YET DEPOSITED.    PAGES 2 THRU 6
(2) ERRORS ON LIABILITY STMT. ORIGINAL/ACTUAL TERM & LATE CHARGES
                                              PAGES 4 AND 7
(3) EMAILS FROM NMAC AFTER SENDING OUT PAYMENT. PAGES 8 AND 9.

(4) ISSUE OF RETURNING VEHICLE. REPORTED AS 09-20-2019.
        ACTUAL VEHICLE RETURN WAS 08-09-2019. RESULTED IN
        LATE PAY AND/OR NO PMT OVER 30 DAYS TO CREDIT BUREAUS.
        VEHICLE RETURN PROCEDURE AS PER AGREEMENT. FOLLOWED.
        PAGES 10 THRU 13.
(5) PAYMENT 30 DAYS LATE STILL BEING REPORTED TO AT LEAST EXPERIAN
        ANNA INITIATED ACTION TO CORRECT. NMAC CONFIRM *1-107188222503.
        ALL PAYMENTS ON TIME. PAGES 14 THRU 16.

PAGE 1/16 * RCVD AT 10/8/2019 12:59:28 PM [Mountain Daylight Time] * SVR:NCIRAW22/3 * DNIS:6078973 * CSID:732 294 8625 * ANI:7322948625 * DURATION (mm-ss):09-08

Nissan Confidential C

## 1-107188222503

Oct 08 19,01:59p        Ritz                                    732-294-8625           p.2

Nissan Motor Acceptance Corp.
PO Box 660577
Dallas, TX  75266-0577

September 30, 2019

via USPS Certified Mail #7019 1120 0001 4252 5000          7019 1120 0001 4252 5000

RE:    2017 Nissan Sentra twenty-four month lease with three month extension
       Vehicle ID #:        3N1AB7AP1HY273133
       start date:          May 10, 2017
       maturity date:       August 09, 2019
       NJ Sales Tax rate:   6.6250%
       account number:   2500 7889 347

To Whom It May Concern:

Enclosed is the END OF LEASE - LIABILITY STATEMENT that I printed from within my account
on the Nissan Motor Acceptance Corp website. It must have only recently been posted
there.

Enclosed also is check #1889, drawn from my Santander Bank, NA checking account, in
amount USD430.25 for the NET LIABILITY amount shown on the statement.

It looks as though I'm being given twelve or so days to pay this statement on time.

I'm sending the full amount requested by you to your Remit Miscellaneous Fee or Other
Charges address.

However, I have an issue with the following items on the statement and feel I do not
owe for them. I would really appreciate if you would provide explanation or refund:

   ✓ Late Charges Due   $ 9.08        I have never been late with any payment.
   ✓ Disposition Fee Tax $ 26.17      The NJ Consumer Affairs pamphlet Guide To Auto
                                      Leasing pp 16-17 (attached) seem to indicate that
                                      only Leasing Company Bank Administration and
                                      Acquisition fees are taxable.

Thank you in advance for your assistannce.

I look forward to hearing from you.

Sincerely,

Andrew Ritz
94 Halls Croft Road, Unit D
Freehold, NJ  07728
home tel/fax: 732-294-8625

PAGE 2 OF 16

Nissan Confidential C

**1-107188222503**

Oct 08 19,02:00p          Ritz                                732-294-8625              p.3



CK# 1889 , ACCT# 048 105 8885
DRAWN SANTANDER BANK, NA

PAGE 3 OF 16

Nissan Confidential C

**1-107188222503**



Oct 08 19,02:00p        Ritz                                  732-294-8625              p.4

NMAC Finance Account Manager                    1 of 1                          09/29/2019, 2:23 PM

NMAC

NO PAYMENTS WERE LATE.

PER LEASE CONTRACT, VEHICLE WAS RETURNED AS INSTRUCTED AND ON TIME.

PAGE 4 OF 16

Nissan Confidential C

https://www.nissanfinance.com/NissanAccountDashboard#

PAGE 4/16 · RCVD AT 10/8/2019 12:59:28 PM [Mountain Daylight Time] · SVR:NCIRAW22/3 · DNIS:6078973 · CSID:732 294 8625 · ANI:7322948625 · DURATION (mm-ss):09-08

**1-107188222503**

USPS.com® - USPS Tracking® Results                     1 of 2                      10/03/2019, 9:06 AM

**USPS Tracking®**

FAQs >

Track Another Package +

**Track Packages**          Get the free informed Delivery® feature to receive       **Learn More**
**Anytime, Anywhere**       automated notifications on your packages!

Remove X

Tracking Number: 70191120000142525000

Your item was delivered at 4:55 am on October 3, 2019 in DALLAS, TX 75266.

**☑ Delivered**

October 3, 2019 at 4:55 am
Delivered
DALLAS, TX 75266
Get Updates ⌄

Text & Email Updates                                                          ⌄

Tracking History                                                              ⌃

October 3, 2019, 4:55 am
Delivered
DALLAS, TX 75266
Your item was delivered at 4:55 am on October 3, 2019 in DALLAS, TX 75266.

October 3, 2019, 4:21 am
Available for Pickup
DALLAS, TX 75266

October 3, 2019, 4:16 am
Arrived at Unit
DALLAS, TX 75260

October 2, 2019, 7:53 am
Arrived at USPS Regional Destination Facility
DALLAS TX DISTRIBUTION CENTER

October 1, 2019, 5:30 am
Departed USPS Regional Facility
TRENTON NJ DISTRIBUTION CENTER

September 30, 2019, 12:19 pm
Arrived at USPS Regional Origin Facility
TRENTON NJ DISTRIBUTION CENTER

September 30, 2015, 2:06 pm
Departed Post Office
ADELPHIA, NJ 07710

September 30, 2019, 7:57 am
USPS in possession of Item
ADELPHIA, NJ 07710



**U.S. Postal Service**
**CERTIFIED MAIL RECEIPT**
*Domestic Mail Only*
DALLAS, TX 75266

Certified Mail Fee   $3.50
                                                        6209
Extra Services & Fees (check box, add fee as appropriate)
☐ Return Receipt (hardcopy)        $0.00
☐ Return Receipt (electronic)      $ $0.00        SEP 30 2019
☐ Certified Mail Restricted Delivery $ $0.00
☐ Adult Signature Required         $ $0.00
☐ Adult Signature Restricted Delivery $
Postage   $0.55
                                                  09/30/2019
Total Postage and Fees   $7.05

Sent To  NISSAN MOTOR ACCEPTANCE CORP
Street and Apt No   PO BOX 660577
City State   DALLAS, TX 75266-0577

7019 1120 0001 4252 5000

PAGE 5 OF 16

PAGE 5/16 * RCVD AT 10/8/2019 12:59:28 PM [Mountain Daylight Time] * SVR:NCIRAW22/3 * DNIS:6078973 * CSID:732 294 8625 * ANI:7322948625 * DURATION (mm-ss):09-08

Nissan Confidential C

**1-107188222503**

Oct 08 19,02:01p      Ritz                              732-294-8625              p.6

 **NISSAN MOTOR ACCEPTANCE CORPORATION**

**BILLING SUMMARY**

**CONTACT US**

Statement Date:         September 18, 2019

Lease Customer Network - 800.777.7018
Automated Response 24 hours, 7 days a week
Agents Available Monday - Friday 7am-7pm CST

| Description | Amount | Tax | Total |
|---|---|---|---|
| PRIOR BILLINGS | $ 340.46 | $ 22.56 | $ 363.02 |
| PRIOR LATE CHARGES | $ 9.08 | $ 0.00 | $ 9.08 |
| BASE RENT | $ 170.23 | $ 11.28 | $ 181.51 |



Remit Miscellaneous Fee or Other Charges to:
Nissan Motor Acceptance Corporation
P.O. Box 680577
Dallas, TX 75266-0577

For additional payment information, please call Lease Customer Network.

Total Amount Due:        $ 553.61

Due Date:                10/09/2019

If prior past due billing has been mailed please accept our thanks.

**YOUR ROAD TO REWARDS.**

**ACCOUNT INFORMATION**

| | |
|---|---|
| Account Number: | 2500 7889 347 |
| Start Date: | 05/10/2017 |
| Monthly Rent: | $ 181.51 |
| Current Tax Rate: | 6.63 % |
| Vehicle Description: | NISSAN SENTRA 17 |
| Vehicle ID: | 3N1AB7AP1HY273133 |
| Maturity Date: | 08/09/2019 |



Please detach and return this coupon along with your payment

 **NISSAN MOTOR ACCEPTANCE CORPORATION**

Mail Monthly Payments to:
Nissan Motor Acceptance Corporation
PO Box 740596
Cincinnati, OH 45274-0596

Customer Name:   ANDREW RITZ
94 HALLS CROFT RD UNIT D ,
FREEHOLD , NJ 077285268

Account Number:   2500 7889 347

Payment Due By:   10/09/2019

*PAGE 6 OF 16*

*END-OF-LEASE LIABILITY STMT:*
*ALL I HAD ACCESS TO WAS ONLINE NMAC WEBSITE POSTED VERSION*
*CERTIFIED MAIL WITH CK #1889, AMT 430.25 TO REMIT Misc. FEE ADDRESS*

PAGE 6/16 * RCVD AT 10/8/2019 12:59:28 PM [Mountain Daylight Time] * SVR:NCIRAW22/3 * DNIS:6078073 * CSID:732 294 8625 * ANI:7322948625 * DURATION (mm-ss):09-08

Nissan Confidential C

**1-107188222503**

Oct 08 19,02:01p          Ritz                                    732-294-8625          p.7

**NISSAN**

**Nissan Motor Acceptance Corporation**                          Telephone: 800.777.7018
P.O. Box 660360    Dallas, Texas 75266-0360

ANDREW M RITZ
94 HALLS CROFT RD UNIT D
FREEHOLD, NJ 07728-5268

* 

| ACCOUNT INFORMATION | |
|---|---|
| Statement Date: | September 27, 2019 |
| Due Date: | 10/12/19 |
| Account Number: | 2500 7889 347 |
| Maturity Date: | 05/09/19 |
| Vehicle: | 17 NISSAN SENTRA |
| VIN: | 3N1AB7AP1HY273133 |
| Original / Actual Term: | 24 / 29   5/13   24/27 |
| Allowed / Actual Mileage: | 36278 / 32500   + 5 day 24 Ext |

## END OF LEASE LIABILITY STATEMENT

| SUMMARY OF CHARGES | |
|---|---|
| Unsatisfied Contract Obligation | |
| Term Tax | |
| Remaining Rents Due | |
| Late Charges Due    NEVER ANYTHING    9.08 | |
| Luxury Tax              LATE | |
| Excess Mileage Charge | |
| Excess Wear and Use* | |
| Tax on Excess Wear & Use/ Mileage at (6.625%) | |
| Miscellaneous Charges | |
| Property Tax | 395.00 |
| Disposition Fee | 26.17 |
| Disposition Fee Tax | |
| Repossession Fee | |
| **GROSS LIABILITY** | 430.25 |
| Payments Reversed | |
| Payments Received | |
| Misc Credits Received | |
| Security Deposit | |
| Previously Refunded | |
| **NET LIABILITY** | **$ 430.25** |

**Have Questions?**

Call us at 800.778.4211

*For leases owned by Nissan-Infiniti LT, Nissan Motor Acceptance Corporation acts as servicer.*

* Please note the itemization of wear and use is on the back, if applicable. If you purchased a protection product, please contact your provider to start your claim. Refer to your contract package received at inception for contact information and details.

.............................................. Remit this portion with your payment ..............................................

You may also be liable for the remaining rent if the debt has been or will be discharged in bankruptcy. If you filed for bankruptcy relief, then this notice is for informational purposes only and should not be treated as a request for payment.

**REMITTANCE**

ANDREW M RITZ
94 HALLS CROFT RD UNIT D
FREEHOLD, NJ 07728-5268

| Date | September 27, 2019 |
|---|---|
| Lease # | 2500 7889 347 |
| Amount Due | $ 430.25 |
| Due Date | 10/12/19 |

**MAIL TO**

Nissan Motor Acceptance Corporation
P.O. Box 740596
Cincinnati, OH 45274-0596

Amount Enclosed: $ _____

☐ **Changes?**
If you are making changes to your address, check the box at left and complete the reverse side.

"MAIL MONTHLY PMTS TO" ADDRESS
ON MONTHLY BILLING SUMMARY STMT.

25007800000893470000001004302501 PAGE 7 OF 16

Nissan Confidential C

PAGE 7/16 * RCVD AT 10/8/2019 12:59:28 PM [Mountain Daylight Time] * SVR:NCIRAW22/3 * DNIS:6078973 * CSID:732 294 8625 * ANI:7322948625 * DURATION (mm-ss):09-08

1-107188222503

Thank You Before Returning your 2017 NISSAN...        10/04/2019,41:13 AM        10/04/2019, 11:01 AM

Subject: Thank you for returning your 2017 NISSAN SENTRA
From: "Nissan Motor Acceptance Corporation" <reply@email.nhsanfinance.com>
Date: 09/26/2019, 11:03 AM
To: <amritz12@outlook.com>

 **Nissan Motor Acceptance Corporation**

YOUR ACCOUNT ENDING: **89347**
**LOGIN TO YOUR ACCOUNT ›**

## YOU'RE ALMOST DONE

Thank you for being part of the Nissan Motor Acceptance Corporation (NMAC) family. We hope you enjoyed driving your 2017 NISSAN SENTRA.

We were notified that your vehicle was returned on 09/20/2019.

**VIEW ACCOUNT STATUS**

**FINAL LIABILITY STATEMENT**

Your final liability statement, outlining any remaining charges, will be mailed to you in the coming weeks. **Click here** for more information about your final liability statement.

Thank you again for being a valued customer and we look forward to servicing your automotive financing needs in the future. Should you have any questions or concerns, please contact us at 1-800-647-7261 from 7am - 7pm CST, Monday to Friday.

**CHOOSE YOUR NEXT NISSAN**



View offers at your dealer and shop online at ChooseNissan.com

**› SHOP ONLINE**



**CUSTOMER SERVICE**
800.456.6622
7AM – 9PM CT Mon – Fri
8AM – 5PM CT Sat



**LIVE CHAT**
7AM – 7PM CT Mon – Fri



**NISSANUSA.COM**
MAINTENANCE TIPS,
MANUALS, PARTS AND
ACCESSORIES.

PAGE 8 OF 16

https://usa.experian.com/#/credit/reports/experian/now/accounts/details/4

PAGE 8/16 * RCVD AT 10/8/2019 12:59:28 PM [Mountain Daylight Time] * SVR:NCIRAW22/3 * DNIS:6078973 * CSID:732 294 8625 * ANI:7322948625 * DURATION (mm-ss):09-08

Nissan Confidential C

**1-107188222503**

Subject: End of Lease Liability Reminder
From: Nissan Motor Acceptance Corporation <donotreplycss@nissanfinance.com>
Date: 10/02/2019, 10:01 PM
To: "amritz12@outlook.com" <amritz12@outlook.com>

 **Nissan Motor Acceptance Corporation**

YOUR ACCOUNT ENDING:   889347(ANRSENTRA)

LOG IN TO YOUR ACCOUNT

innovation
that excites

**End of Lease Liability Reminder**

Dear Andrew Ritz,

We recently sent you an invoice detailing the remaining balance
of $ 430.25 due  to satisfy your lease obligation on your  17
NISSAN SENTRA.

The statement should arrive by mail in the next few days. A
breakdown of the charges, if any, is also currently available
online at www.Nissanfinance.com . After logging in, you can view
the charges and pay the liability balance via the Pay Liability
link.

If you have any questions regarding your liability statement, or
the amount due, please contact one of our End of Lease
Specialists for assistance.

Our office is open Monday through Friday, from 7:00 AM to 6:00
PM CT. at 800.778.4211. Our automated phone system, and
website are available 24 hours a day, 7 days a week.

Sincerely,
Nissan Motor Acceptance Corporation
Customer Center Dallas

**IMPORTANT NOTICE FOR BANKRUPT CUSTOMERS:** IF YOUR
OBLIGATION TO PAY ANY DEBT LISTED IN THIS NOTICE HAS
BEEN DISCHARGED IN BANKRUPTCY, OR IS PRESENTLY THE
SUBJECT OF A BANKRUPTCY COURT PROCEEDING, BANKRUPTCY
COURT-APPROVED PLAN OR BANKRUPTCY COURT ORDER, WE
ARE NOT THROUGH THIS DOCUMENT ATTEMPTING TO COLLECT
ANY AMOUNTS FROM YOU AS A PERSONAL LIABILITY, AND WILL
ONLY PURSUE ANY RIGHTS WE MAY HAVE IN THE BANKRUPTCY
COURTS TO THE EXTENT ALLOWED BY LAW

 

**CUSTOMER SERVICE**          **LIVE CHAT**                    **NISSANUSA.COM**
800.456.6622                  7AM — 7PM CT Mon — Fri           MAINTENANCE TIPS,
7AM — 6PM CT Mon – Fri                                         MANUALS, PARTS AND
8AM – 5PM CT Sat                                               ACCESSORIES.

PAGE 9 OF 16

Nissan Confidential C

1-107188222503



Nissan Confidential C

1-107188222503

**Additional Terms and Conditions**

**ENDING YOUR LEASE**

### 12. Vehicle Return

When your Lease terminates, whether early or as scheduled, you will return the Vehicle to a Nissan dealer or other location we specify. You will complete a statement of this Vehicle's mileage at termination as required by federal law. If you stop possession of this Vehicle past the end of the lease term, you will continue to pay the monthly payments, but you agree that you have no right to keep this Vehicle unless you enter into a written agreement with us extending the lease term. You will pay us for any damages we suffer because you failed to return the Vehicle to a Nissan dealer or other location we specify or because you failed to return this Vehicle at the end of the lease term. We may determine our damages in one of the following two ways at our election and in our sole discretion: a) by charging you the Total Monthly Payment for each month the Vehicle is not returned as required plus any other amounts due under Sections 13 and 25; or b) by charging you for amounts due under the formula provided in Section 14 and any amounts due under Sections 13 and 25.

### 13. Scheduled Termination

The scheduled term of your Lease is the number of months corresponding to the number of monthly payments identified in Sections 3 and 5. At the end of the lease term, you will return this Vehicle and pay us immediately.

a) a Disposition Fee equal to the amount disclosed in Section 5 which we will waive if this Lease is not in default and you concurrently enter a new lease or retail purchase financed by NMAC; plus
b) all past-due monthly payments, and other charges under this Lease; plus
c) any amounts owed as a result of damage to the Vehicle, as disclosed in Section 20; plus
d) any Excess Mileage Charge(at lease equivalent), or an Excess Mileage Charge for the period for which this Lease was in effect pro-rated monthly, as disclosed in Section 6; plus
e) any taxes related to the termination.

### 14. Early Termination

a) Conditions for YOUR early termination. You may terminate this Lease before the end of the lease term, effective on the date/date of a month/monthly payment, if you return the Vehicle, are not in/of default, you have paid at least 12 monthly payments, you give us at least 30 days prior written notice and you pay us the amounts disclosed in Section 14 c);
b) Conditions for OUR early termination. We may terminate this Lease before the end of the lease term under Section 26 or if you are in default by delivering to you at least 30 days prior written notice and you pay us the amounts disclosed in Section 25;
c) Amounts you will owe on Early Termination. If this Lease is terminated before the end of the lease term, under Section 14,a) or Section 14,b), then you will pay us:
   i)  the amounts disclosed in Section 13; plus
   ii) an Early Termination Charge equal to the difference, if any, between the Adjusted

Lease Balance and this Vehicle's Fair Market Wholesale Value or, if we do not terminate this Lease under Section 14,b), an Early Termination Charge equal to the sum of the Base Monthly Payments not yet due, if any; plus
   iii) if you are in default, the amounts disclosed in Section 25;
d) For an electric vehicle, if we abandon our interest in the charging accessories, we may exclude the value of the charging accessories from the determination of Fair Market Wholesale Value.

"Adjusted Lease Balance" is a charge in today's dollars ("today" being the date the Lease is terminated) for Base Monthly Payments not yet due and the Residual Value of the Vehicle. Our method of calculating "today's dollars" is the Constant Yield Method, a generally accepted accounting formula.

"Fair Market Wholesale Value" is the wholesale value assigned by us in a commercially reasonable manner in accordance with accepted practices in the automobile industry for valuation of used vehicles, or by a written agreement as to the Vehicle's value signed by you and us. If you disagree with the value we assign to the vehicle, you may obtain, at your own expense, within 10 days after you return the Vehicle, a professional appraisal of this Vehicle's wholesale value or comparable value made by an independent third party agreeable to both you and us (the "Professional Appraisal"). If a Professional Appraisal is used to value the Vehicle for determining liability under this section, no amounts disclosed in Section 20 will be due from you.

In the event early termination of this Lease occurs at your election pursuant to Section 14,a), you hereby agree that the Fair Market Wholesale Value is the wholesale value base value or a comparable value listed for the Vehicle, at the time of the early termination, in one of the following used vehicle valuation guides, at our election: National Automobile Dealers Association (NADA), Kelley or Black Book.

### 15. Purchase Option

You have the option to purchase this Vehicle "AS IS" from the original Owner, or other location we specify, subject to the Purchase Option Price plus any official fees and taxes. Vehicle inspection costs required in connection with the purchase, and a Purchase Option Fee of $300.00, which both, taxes and costs are not included if the Purchase Option Price added to in Section 5. If you purchase the Vehicle at the end of the lease term, your Purchase Option Price will be the Residual Value disclosed in Section 14c). If you purchase the Vehicle before the end of the lease term, the Purchase Option Price will be your Adjusted Lease Balance disclosed in Section 14,b) in either case, you must also pay other amounts due under this Lease at the time of purchase.

**VEHICLE INSURANCE, MAINTENANCE, PAYMENTS AND USE**

### 16. Insurance

You are responsible for the following minimum types and amounts of coverage ("Required Insurance") during the lease term: a) Comprehensive, including fire and theft insurance if this Vehicle is a car, or fire, theft and combined additional coverage if this Vehicle is a truck, with a maximum deductible of $1,000; b) Collision coverage with a maximum deductible of $1,000; c) Property damage liability of $50,000 per occurrence; and d) bodily injury liability of $100,000 per person and $300,000 per occurrence. Your insurance policy must name us as loss payee on coverages (a) and (b) and provide us with primary coverage as an additional insured on coverages (c) and (d). You will provide us with proof of insurance on request. Your insurance policy must provide us with at least 30 days notice of any cancellation, reduction or other material change in coverage. You appoint us as your attorney-in-fact to arrange for and procure payment of insurance loss proceeds directly with your insurance carrier(s) and to endorse, present and collect insurance loss proceeds directly.

**NO PHYSICAL DAMAGE OR LIABILITY INSURANCE COVERAGE FOR BODILY INJURY OR PROPERTY DAMAGE CAUSED TO OTHERS IS INCLUDED IN THIS LEASE.**

### 17. Late Charge, Returned Check Charge, Fines, and Fees

If any monthly payment is not received in full by us within 15 days after its due date, you will pay a late charge of 5% of the monthly payment due or $25.00, whichever is less or as allowed by state law, plus any applicable taxes. Payments shall be applied to the most past-due payment first. If any payment (including any electronic funds transfer) you make to us is not honored, or is charged back to us, in addition to any late charge, you will pay us a $10.00 service charge, or such other charge as allowed by law, plus any applicable taxes. You will pay when due any official fee or fine imposed on this Vehicle, such as a toll charge, parking ticket, traffic or toll violation. Should we have to pay any such fee or fine on your behalf, you will pay us the amount of the fine or fee plus a $20.00 administrative charge, or such other charge as allowed by law, plus any applicable taxes.

### 18. Official Fees and Taxes

You will pay when due all official fees and taxes, including, registration, title and license fees, and personal property taxes related to this Vehicle or this Lease, which are incurred during the lease term, even if they are assessed after this Lease terminates. Should we have to pay any official fee or tax on your behalf, you will pay us the amount of the official fee or tax, and any interest or penalties assessed. You may also agree to pay personal property taxes in advance of the applicable due date, by mutual settlement of an estimated amount with us.

### 19. Vehicle Maintenance and Use

You agree to maintain this Vehicle at your own expense. You agree to follow the owner's manual and maintenance schedule and to make all necessary repairs and replacement of parts, which includes maintaining adequate records of vehicle maintenance. Failure to properly maintain this Vehicle in accordance with the owner's manual and/or maintenance schedule may result in charges in addition to excessive wear and tear charges. This Vehicle may not be used for any illegal purpose or to transport people or goods for hire. Except for occasional and incidental use (not to exceed a total of 3 days in any month) by other licensed, qualified, insured operators with your permission, you shall retain possession of this Vehicle. Except as allowed in this Section, you will not alter or

install any equipment upon this Vehicle and will pay the amount it would cost to restore this Vehicle to its original condition. You may also elect to have an airbag on/off switch installed in the Vehicle, at your expense, if you have received prior written approval from the National Highway Transportation Safety Administration ("NHTSA") and you provide us written notice (including a copy of the NHTSA approval and the dealer's written confirmation of the installation) within 30 days after installation. The work installed by us or an authorized Nissan dealer using Nissan parts. If an airbag on/off switch is installed, you release us from any claim, damage or demand resulting from that installation, improper installation, or your use or nonuse of the switch by you. You agree that we own the battery and that you may replace it only with our permission and only with a genuine Nissan battery specified for use with the vehicle. Any such battery or battery will be licensed as an accession to the vehicle and our property. We may elect to abandon our interest we have in charging accessories. You agree to indemnify us for any loss, liability or expense arising from the use or condition of this Vehicle. You agree to keep this Vehicle free from liens and encumbrances. If you remove this Vehicle to the continuous United States you will not remove this Vehicle from these 48 states without our prior consent. If you expand this Vehicle abroad, Hawaii or Guam, you will not remove this Vehicle from that state or territory without our consent. If you remove this Vehicle from your state or residence or the garaging address identified in this Lease such that new registration or licensing will be required, you will notify us immediately in writing and will incur all related expenses. You will provide and complete any document necessary to comply with any applicable federal, state or local law regarding this Vehicle or this Lease.

### 20. Excessive Wear and Use

You are responsible for all repairs to this Vehicle that are not the result of normal wear and use. At the end of the lease term or at early termination (except in the case where a Professional Appraisal as set forth in Section 14 is used to value the Vehicle), you will pay us the amount it would cost for the repairs. These repairs include, but are not limited to, the costs necessary to

a) REPAIR inoperative mechanical parts including power accessories; dents, scratches, chips or metal gores on the body; mismatched paint; broken windows or inoperable window mechanisms; broken headlight lenses or sealed beams; dents, cuts, scratches or gouges in the bumper; broken grilles or dents in the grilles; single dents or a series of small dents on other trim parts, including headlight and taillight bezels, or seats, seat belts, head lining, door panels or carpeting that are torn or are damaged beyond ordinary wear and user use thereof;
b) REPLACE any windshield damaged with chips, cracks or bull's-eyes; any tire not part of a matching set of 5 tires (or four with an emergency spare), or tires with less than 1/8" of tread remaining at the shallowest point, or tires which are not a matching set of tires of comparable type and quality to the tires furnished with this Vehicle upon commencement of this Lease; missing parts, accessories and aftermarket, including bumpers, communication, assists, hubcaps, chrome stripping, rearview mirrors, radio and stereo components, or emergency spare.

You may obtain at the cost of the lease term and at your own expense a Professional Appraisal of the amount required to repair or replace parts or the amount which the excessive wear and use reduces the value of the Vehicle. Such a Professional Appraisal shall be performed by an independent third party agreed to by the Lessee and Lessor, which appraisal will be final and

PAGE 11 OF 16

Page 3 of 5

Nissan Confidential C

1-107188222503

Oct 08 19,02:04p          Ritz                              732-294-8625          p.12

**Nissan-Infiniti LT ®**
P.O. Box 660360 Dallas Texas 75266-0360
Telephone: (800) 456-6622

April 17, 2019

>009Le 2876952 001 008143
ANDREW RITZ
94 HALLS CROFT RD UNIT D
FREEHOLD NJ 077285268

| | |
|---|---|
| Account: | 2500 7889 347 |
| Contract Date: | 5/10/2017 |
| Vehicle: | 2017 NISSAN SENTRA |
| VIN: | 3N1AB7AP1HY273133 |

Lease Maturity Date: 5/9/2019

Dear ANDREW M RITZ:

We understand that you wish to extend your above-referenced lease for up to an additional three (3) month(s), and Nissan-Infiniti LT ("NILT") is agreeable to allowing such an extension.

Depending on your location, NILT may be required to collect state sales/use tax on any lease payment exceeding the term of your original Motor Vehicle Lease Agreement ("Lease Agreement"). The application of state sales/use taxes, or increases in such taxes, could cause the monthly lease payments to increase under this extension from the amount in your original Lease Agreement. Your total monthly payment, which includes, if applicable, monthly sales/use tax of $11.27, is $181.50. Your personal property tax responsibility under the Lease Agreement will remain during the extension period, and you agree to responsibility for such taxes pursuant to the terms of your Lease Agreement.

You further agree to maintain registration and insurance coverage for the leased vehicle during the extension period.  Your vehicle must be returned no later than three (3) month(s) after your above-referenced original scheduled lease maturity date.  You may return your vehicle any time during the extension period.  Your account must be current at the time of the lease extension and at the time of vehicle return. Additional mileage will be allotted on a pro-rata monthly basis in accordance with the mileage allowance originally agreed to in your Lease Agreement. Your new extension period will end 8/9/2019.

Except as modified in this correspondence, the provisions of your Lease Agreement will continue to govern all terms and conditions of your lease of the vehicle during the extension period.

Please sign in the spaces provided in order to indicate your agreement to the terms of extension reflected in this letter. This letter must be signed by all parties responsible for this account, including any co-lessees and guarantors, and returned to NILT at the following address: Nissan-Infiniti LT, P.O. Box 660695, Dallas, TX 75266-0695.

Yours truly,

Lease Customer Network
Nissan-Infiniti LT
Customer Center Dallas

Agreed: _____     Date: 22 APR 2019
Lessee:  ANDREW M RITZ

Agreed: _____     Date: 4/22/19
Co-Lessee:  MICHAEL  RITZ

For leases owned by Nissan-Infiniti LT, Nissan Motor Acceptance Corporation acts as servicer.

55 E  1-55307477102

PAGE 12 OF 16

Nissan Confidential C

1-107188222503

Oct 08 19,02:04p        Ritz                          732-294-8625                      p.13

Crystal (9/26/2019, 8:38:58 AM): Thank you for contacting Nissan Motor Acceptance Corporation. This chat may be saved or monitored for quality assurance purposes. My Name is Crystal. How may I assist you today?
Me (9/26/2019, 8:39:09 AM): Hello Crystal.
Crystal (9/26/2019, 8:39:13 AM): Hello, I may be able to assist you today. Who do I have the pleasure of speaking with (full name including and additional last names or suffix), and may I have, the year, make, and model of the vehicle?
Me (9/26/2019, 8:39:34 AM): Andrew Ritz – 2017 Nissan Sentra
Me (9/26/2019, 8:39:56 AM): Hello, Apologies for length. This past Friday 09-20-2019. I found out the 2017 Nissan Sentra returned to Freehold, Nissan on 08-09-2019 had not been grounded. With the help of Tee with your Lease Maturity Dept and later Shanella with Customer Service, vehicle grounding was achieved with 32,600 miles on odometer. With this chat. It was a very trying day on Friday. Tee had arranged for a Federal Odometer statement to be completed at Freehold Nissan by the sales manager. He had put the date of the document as 09-20-2019 and would not let me notate next to my signature that the car had actually been returned on 08-09-2019 (a more complete, accurate depiction). The sales manager took the form from me and ripped it up. A phone call to NMAC from the sales manager's office with Tee on the line. After discussion, the sales manager completed a new form. I noticed it had 36,300 or so miles on it. I know I was not over mileage. I refused to sign a form that I knew had incorrect mileage. He had not offered to walk my father and I to the car to verify this mileage reading. He kept repeating that the car was not grounded because there was no appointment to return the car.
Me (9/26/2019, 8:40:09 AM): I would like to point out that the original lease contract reads, "Item 12, Vehicle Return. When your Lease terminates, whether early or as scheduled, you will return the Vehicle to a Nissan dealer or other location we specify. You will complete a statement of this Vehicle's mileage at termination as required by federal law. If you keep possession of this Vehicle past the end of the lease term, you will continue to pay the monthly payments, but you agree that you have no right to keep this Vehicle unless you enter into a written agreement with us extending the lease term. You will pay us for any damages we suffer because you failed to return this Vehicle to a Nissan dealer or other location we specify or because you failed to return this Vehicle at the end of the lease term. We may determine our damages in one of the following two ways at our election and in our sole discretion: a) by charging you the Total Monthly Payment for each month the vehicle is not returned as required plus any other amounts due under Sections 13 and 25; or b) by charging you for amomunts due under the formula provided in Section 14 and any amounts due under Sections 13 and 25."
Me (9/26/2019, 8:40:24 AM): The sales manager had both keys in his possession and the vehicle was on the Freehold Nissan lot on 08-09-2019. My father and I were both in the sales manager's office talking to him and the car was ready for him to inspect (milage and condition). He had the opportunity to do so, but refused. The vehicle NJ license plates were surrendered to NJMVC Freehold afterward on 08-09-2019. Nothing in Item 12, Vehicle Return or the Lease Extension Agreement states that I first need an appointment to return the vehicle and if I don't have an appointment, the vehicle is deemed 'Not Returned'. Even if I've returned it.

Please forward a copy of this chat to Tee, Shanella, and the sales manager at Freehold Nissan. If this is possible.

I do not doubt what I've been told by NMAC is correct. It is now the systems part of it I worry about. That what has been determined is reflected in NMAC computer system and reported to credit bureaus. So far, this has impacted my credit very negatively. I received a msg from Experian yesterday my dispute is still being worked on. Has issue been corrected?
Crystal (9/26/2019, 8:41:41 AM): Thank you, bear with me a moment please.
Me (9/26/2019, 8:42:50 AM): I know it is a lot of info, but I'm concerned about my credit.
Me (9/26/2019, 8:42:57 AM): No problem.
Crystal (9/26/2019, 8:43:57 AM): Thank you, bear with me a few more moments please.
Me (9/26/2019, 8:44:11 AM): No problem. Take your time.
Crystal (9/26/2019, 8:44:57 AM): Thank you for your patience. I am still reviewing your account. Please allow me a few more moments.
Me (9/26/2019, 8:46:14 AM): No problem. I appreciate your assistance.
Crystal (9/26/2019, 8:46:45 AM): If the chat starts to time out on you please type a period (.) to refresh the screen and stop the time out.
Me (9/26/2019, 8:46:56 AM): okay. thanks.
Crystal (9/26/2019, 8:47:54 AM): Thank you for your patience. I am still reviewing your account. Please allow me a few more moments.
Me (9/26/2019, 8:48:47 AM): .
Crystal (9/26/2019, 8:50:26 AM): Thank you, for your patience.
Me (9/26/2019, 8:51:16 AM): .
Crystal (9/26/2019, 8:52:47 AM): I do apologize, for the inconvenience you have experienced. Due to this being a lease maturity process. We do have to refer you back to Tee/Lease Maturity as she is the supervisor working with you through this and is familiar with the situation. We unfortunately also do not have the option to email the dealer and requested manager for a resolution as you requested.
Crystal (9/26/2019, 8:53:30 AM): Please contact Tee at 866-414-7188 Monday thru Friday 8 AM – 6 PM CST Lease Maturity Department. .
Me (9/26/2019, 8:54:33 AM): Okay. No problem. At least Tee will have a complete and honest rendering of my end of the situation.
Me (9/26/2019, 8:54:46 AM): Thanks for your patience in reading all of that.
Me (9/26/2019, 8:54:53 AM): Have a great day.
Crystal (9/26/2019, 8:54:58 AM): You're welcome. It was my pleasure to assist you today. Thank you for taking the time to chat with Nissan and Infiniti Customer Service and for being a valued customer.  If you have no further questions, please click on "End Chat" to close this window. I hope you enjoy your day!

PAGE 13 OF 16

Nissan Confidential C

**1-107188222503**



Oct 08 19.02:06p          Ritz                                    732-294-8625              p.14

**Account Details**                              **3 of 4**                    10/04/2019 11:01 AM

Archived Reports       **Bureau**

Oct 2, 2019 - F...      **Experian®**     Equifax®    TransUnion®    Compare All

Print My Experian Credit Report
Print Only This Page

Your Next Experian Credit Report is available in **28 days.**

Summary    **Accounts**    Collections    Inquiries    Public Records          CreditLock

**View All Accounts**                                    ◀ Previous  Next ▶

**NISSAN-INFINITI LT**

**Details**

| | |
|---|---|
| Account # | 258078XXXXX |
| Original Creditor | - |
| Company Sold | - |
| Account Type | Auto Lease |
| Date Opened | May 2017 |
| Account Status | Open |
| Payment Status | Current, was past due 30 days |
| Status Updated | Sep 2019 |
| Usage | - |
| Balance | $430 |
| Balance Updated | Sep 30, 2019 |
| Original Balance | $0 |
| Monthly Payment | $181 |
| Past Due Amount | - |
| Highest Balance | - |
| Terms | 24 Months |
| Responsibility | Joint Account |
| Your Statement | - |
| Comments | Subscriber reports dispute resolved - consumer disagree |
| | Completed investigation of FCRA dispute - consumer disagrees |

*PRINTED ON 10-04-2019* (handwritten)

**Contact Information**
8900 FREEPORT PKWY IRVING, TX 75063 (800) 950-6622

*NO PAYMENTS WERE LATE* (handwritten)

**Payment History**

| 2017 | 2018 | 2019 |
|---|---|---|
| Jan Feb Mar Apr | Jan Feb Mar Apr | Jan Feb Mar Apr |
| May Jun Jul Aug | May Jun Jul Aug | May Jun Jul Aug (30) |
| Sep Oct Nov Dec | Sep Oct Nov Dec | Sep Oct Nov Dec |

☐ On Time      30 30 Days Late

*PAGE 14 OF 16* (handwritten)

**Dispute this account**

Nissan Confidential C

1-107188222503

| Oct 08 19,02:06p | Ritz | 732-294-8625 | p.15 |

Darrin (7/23/2019, 9:17:34 AM): Thank you for contacting Nissan Motor Acceptance Corporation. This chat may be saved or monitored for quality assurance purposes. My Name is Darrin. How may I assist you today?
Me (7/23/2019, 9:17:49 AM): Hello Darrin.
Darrin (7/23/2019, 9:19:53 AM): Hello. How may I assist you today?
Me (7/23/2019, 9:20:01 AM): I would like to confirm with you that all payments for the original lease as well as the three month lease extension expiring 08-09-2019 have all been received and posted by NMAC. The 2017 Nissan Sentra will be returned to the dealership on 08-09-2019
Darrin (7/23/2019, 9:20:20 AM): I'll be happy to assist you today. May I please have your full legal name?
Me (7/23/2019, 9:21:05 AM): I have a letter from NMAC that all payments for the original lease have been received.
Me (7/23/2019, 9:21:10 AM): Andrew M. Ritz
Darrin (7/23/2019, 9:21:25 AM): Thank you. All payments have been made and the maturity date is 8/9/19.
Me (7/23/2019, 9:22:15 AM): Thanks. A little confusion. Received an emailed statement this morning for a payment due 08-09-2019.
Darrin (7/23/2019, 9:22:53 AM): Until the vehicle is returned, the account will continue to be billed.
Me (7/23/2019, 9:23:36 AM): Okay. The lease extension agreement includes a hard date of 08-09-2019 for the vehicle to be returned.
Darrin (7/23/2019, 9:23:44 AM): Yes, that is correct.
Me (7/23/2019, 9:24:18 AM): Thank you for your help Darrin. I'm relieved that all payments for the lease have been received by NMAC.
Me (7/23/2019, 9:24:24 AM): Have a great day.
Darrin (7/23/2019, 9:24:34 AM): You're welcome! Thank you for chatting with us today. We appreciate your business. Have a great day! Please click on "End Chat" to close this window.

PAGE 15 OF 16

Nissan Confidential C

1-107188222503

Oct 08 19.02:06p      Ritz                                         732-294-8625              p.16



**NISSAN MOTOR ACCEPTANCE CORPORATION**

8900 Freeport Parkway
Irving, Texas 75063-2438
Mailing Address: P.O. Box 660360
Dallas, Texas 75266-0360

Telephone: 800.777.7018

July 31, 2019

ANDREW M RITZ                         Account:      2500 7889 347
94 HALLS CROFT RD UNIT D              Lease Date:   05/10/2017
FREEHOLD NJ 07728-5268                Vehicle:      2017 NISSAN SENTRA
                                      VIN:          3N1AB7AP1HY273133

Dear Andrew M Ritz:

Thank you for leasing your vehicle through Nissan Motor Acceptance Corporation and the participating dealer. We have received all 27 payments that were due on the above referenced lease account as of June 19, 2019.

The lease matures on August 9, 2019. If you are not close to the maturity date, please keep in mind that you will receive mailings and/or calls to discuss the end of lease process as that date approaches.

This letter does not release you from any liability due to excess mileage, excess wear and use on the vehicle and/or any other charges (such as property taxes or parking tickets) which may become due.

Until then, if you have any further questions regarding your lease, please do not hesitate to contact our office at 800.777.7018. We are available to assist you from 7:00 a.m. to 7:00 p.m. Central Time, Monday through Friday. If you would like information on a new vehicle, please visit NissanFinance.com.

Thank you,

Account Services
Nissan Motor Acceptance Corporation
Customer Center Dallas

For leases owned by Nissan-Infiniti LT, Nissan Motor Acceptance Corporation acts as servicer.

CS_RENTSPO  12/16/2012 CIZI

PAGE 16 OF 16

PAGE 16/16 * RCVD AT 10/8/2019 12:59:28 PM [Mountain Daylight Time] * SVR:NCIRAW22/3 * DNIS:6078973 * CSID:732 294 8625 * ANI:7322948625 * DURATION (mm-ss):09-08

Nissan Confidential C

**1-107188222503**



Nissan Confidential C

1-107188222503



**FREEHOLD NISSAN**

Freehold Nissan New Jersey LLC
d.b.a. FREEHOLD NISSAN

4041 US Hwy 9 North
Freehold, New Jersey 07728

Phone: (732) 780-3600
Website: www.freeholdnissan.com

September 24, 2019

NMAC

RE: 2017 Nissan Sentra Vin#391AB7AP1HY273133

To whom it may concern:

This vehicle was dropped off to our dealership on 8.9.19, The Customer wanted it to be grounded and turned in but didn't want to follow procedure and abandoned the Vehicle at 4041 RT 9 in Freehold NJ.

The odometer was 32,500 miles at the time the car was left.

Best Regards,

Freehold Nissan of NJ LLC

**Page 22**

Nissan Confidential C

**1-107188222503**



Nissan Confidential C

**1-107188222503**



Nissan Confidential C