**NOT FOR PUBLICATION**

**UNITED STATES DISTRICT COURT
DISTRICT OF NEW JERSEY**

| | |
|---|---|
| ANDREW RITZ and MICHAEL RITZ,<br><br>Plaintiffs,<br><br>v.<br><br>NISSAN-INFINITI LT; TRANS UNION, LLC; EQUIFAX INFORMATION SERVICES, LLC; and EXPERIAN INFORMATION SOLUTIONS, INC,<br><br>Defendants. | Civil Action No. 20-13509-GC-DEA<br><br>**ORDER & JUDGMENT** |

**CASTNER, District Judge**

This matter comes before the Court on Defendant Nissan Motor Acceptance Corporation's[1] ("NMAC") Motion for Summary Judgment pursuant to Federal Rule of Civil Procedure ("Rule") 56. (ECF No. 66.) Plaintiffs Andrew Ritz and Michael Ritz opposed (ECF No. 67), and NMAC replied (ECF No. 71). The Court has carefully considered the parties' submissions and decides the motion without oral argument pursuant to Rule 78 and Local Civil Rule 78.1. For the reasons set forth in the Court's accompanying Memorandum Opinion, and for good cause shown,

**IT IS** on this 30th day of May, 2023, **ORDERED, ADJUDGED, and DECREED,** that

1. NMAC's Motion for Summary Judgment (ECF No. 66) is **GRANTED**; and further
2. Judgment is entered in favor of Defendant NMAC and against Plaintiffs; and further

---

[1] Purportedly improperly pled as "Nissan-Infinity LT."

3. The Clerk's Office is directed to terminate NMAC's Motion (ECF No. 66.) and close this case.

_____
GEORGETTE CASTNER, U.S.D.J.