UNITED STATES DISTRICT COURT
DISTRICT OF NEW JERSEY

| | | |
|---|---|---|
| Full Caption in District Court: | United States District Court District of New Jersey (Trenton) | Docket No.: 3:20-cv-13509-GC-DEA |
| Andrew Ritz and Michael Ritz | | |
| (Plaintiffs) | | Judge: Honorable Georgette Castner |
| v. | | |
| Nissan-Infiniti LT; Trans Union, LLC; Equifax Information Services, LLC; and Experian Information Solutions, Inc. | | **Notice of Appeal to the U.S. Court of Appeals for the Third Circuit** |
| (Defendants) | | |

Notice is hereby given that __Plaintiffs, Andrew Ritz and Michael Ritz__
(Named Party)
appeal to the United States Court of Appeals for the Third Circuit from

[ x ] Judgment, [ x ] Order, [ ] Other_____
(Specify)
of the United States District Court, District of New Jersey, entered in this action on

__May 30, 2023_____.
(Date)

Dated:  June 27, 2023

Andrew and Michael Ritz, c/o Jacob Marc Polakoff, Berger Montague PC
Appellant

1818 Market St., Ste. 3600
Street

Philadelphia, PA 19103
City, State, Zip

215-875-5816
Telephone

**CERTIFICATE OF SERVICE**

I, hereby certify that this 27th day of June, 2023, I caused the foregoing to be electronically filed with the Clerk of the Court for the U.S. District Court, for the District of New Jersey by using the CM/ECF system, which will send a notice of electronic filing to all counsel of record.

/s/ Jacob M. Polakoff