Daniel JT McKenna, Esquire
mckennad@ballardspahr.com
BALLARD SPAHR LLP
1735 Market Street, 51st Floor
Philadelphia, PA 19103-7599
Telephone: 215.864.8321
Facsimile: 215.864.8999

*Attorneys for Defendant
Nissan Motor Acceptance Corporation*

**UNITED STATES DISTRICT COURT**
**DISTRICT OF NEW JERSEY**

| | |
|---|---|
| ANDREW RITZ and MICHAEL RITZ,<br><br>Plaintiffs,<br><br>vs.<br><br>NISSAN-INFINITI LT; TRANS UNION, LLC; EQUIFAX INFORMATION SERVICES, LLC; and EXPERIAN INFORMATION SOLUTIONS, INC,<br><br>Defendants. | Civil Action No. 20-13509-GC-RLS |

**ENTRY OF APPEARANCE**

Kindly enter the appearance of Daniel JT McKenna, Esquire, as counsel on behalf of Defendant, Nissan Motor Acceptance Corporation, incorrectly named as Nissan-Infinity LT, in the above-captioned matter.

Dated: May 28, 2025

                                              */s/ Daniel JT McKenna*
                                              Daniel JT McKenna

## CERTIFICATE OF SERVICE

      I certify that on May 28, 2025, I caused the foregoing Entry of Appearance of Counsel to be served via ECF on all parties of record.

Dated: May 28, 2025

                                                  */s/ Daniel JT McKenna*
                                                  Daniel JT McKenna