United States District Court
Southern District of New Jersey
Trenton Division

| | |
|---|---|
| **Andrew Ritz and Michael Ritz,**<br><br>    Plaintiffs,<br><br>  v.<br><br>**Nissan-Infiniti LT; Trans Union, LLC; Equifax Information Services, LLC; and Experian Information Solutions, Inc.,**<br><br>    Defendants. | Case No. 3:20-cv-13509-GC-JTQ |

**JOINT NOTICE OF SETTLEMENT
AS TO DEFENDANT, NISSAN-INFINITI LT**

NOTICE IS HEREBY GIVEN that Plaintiffs Andrew Ritz and Michael Ritz and Defendant Nissan Motor Acceptance Corporation (improperly pleaded as Nissan-Infiniti LT) ("**Nissan**") (collectively, the "**Settling Parties**") have settled all claims between them in this matter. The Settling Parties are in the process of completing the final settlement documents and expect to file a Stipulation of Dismissal with Prejudice as to Nissan within the next forty-five (45) days. The Settling Parties jointly request that the Court vacate all pending deadlines and hearings in this matter as to Nissan. The Settling Parties also request that the Court retain jurisdiction for any matters related to completing and/or enforcing settlement.

Respectfully submitted,

*For Plaintiffs:*

*/s/Jacob M. Polakoff*
Jacob M. Polakoff, Bar No. 035832006
BERGER MONTAGUE PC
1818 Market Street, Suite 3600
Philadelphia, PA 19103
Tel.: (215) 875-3000
Fax: (215) 875-4604
Email: jpolakoff@bergermontague.com

Guerino Cento
CENTO LAW
5666 Carrollton Avenue
Indianapolis, IN 46220
317-908-0678
cento@centolaw.com

*For Nissan:*

*/s/Daniel JT McKenna*
Daniel JT McKenna
Ballard Spahr
1735 Market Street, 51st Floor
Philadelphia, PA 19103-7599
215.864.8321 direct
McKennaD@ballardspahr.com

## CERTIFICATE OF SERVICE

I hereby certify that a true and correct copy of the foregoing has been filed electronically on the 6th day of August, 2025, with the Clerk of the Court by using the CM/ECF system, which will send electronic notice to all counsel of record.

                                                                           */s/Jacob M. Polakoff*
                                                                           Jacob M. Polakoff