UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT NEW JERSEY
TRENTON DIVISION

| | |
|---|---|
| **ANDREW RITZ and MICHAEL RITZ,**<br><br>    Plaintiffs,<br><br>v.<br><br>**NISSAN-INFINITY LT; TRANS UNION, LLC; EQUIFAX INFORMATION SERVICES, LLC; and EXPERIAN INFORMATION SOLUTIONS, INC.,**<br><br>    Defendants. | Case No. 3:20-cv-13509-GC-JTQ |

## STIPULATION OF DISMISSAL AS TO NISSAN

Plaintiffs Andrew Ritz and Michael Ritz and Defendant Nissan Motor Acceptance Corporation (improperly pleaded as Nissan-Infiniti LT) ("Nissan"), by and through undersigned counsel, hereby stipulate that this action and all claims asserted therein be dismissed with prejudice as to Nissan, pursuant to Fed. R. Civ. P. 41(a)(1)(A)(ii). By agreement, each party is to bear its own fees and costs.

Respectfully submitted,

*For Plaintiff:*                                   *For Nissan:*

<u>*/s/Jacob M. Polakoff*</u>                         <u>*/s/Daniel JT McKenna*</u>
Jacob M. Polakoff, Bar No. 035832006   Daniel JT McKenna
BERGER MONTAGUE PC                     Ballard Spahr
1818 Market Street, Suite 3600 P       1735 Market Street, 51st Floor
Philadelphia, PA 19103                 Philadelphia, PA 19103-7599
Tel.: (215) 875-3000                   215.864.8321 direct
Fax: (215) 875-4604                    McKennaD@ballardspahr.com
Email: jpolakoff@bm.net

Guerino Cento
CENTO LAW
5666 Carrollton Avenue
Indianapolis, IN 46220
317-908-0678
cento@centolaw.com

SO ORDERED:

_____
GEORGETTE CASTNER, U.S.D.J.